**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VINCENT TANNER II, a Parent and Natural Guardian of AJT, a minor,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, AND JOHN DOES 1-50.<br><br>Defendants. | Civil Action No. 2:25-cv-06609-KBH |

**DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL PLAINTIFF TO ARBITRATION AND STAY PROCEEDINGS**

Defendant Roblox Corporation ("Roblox"), by its attorneys, hereby moves to compel Plaintiff to arbitration and stay proceedings.

The Court should grant this motion because Plaintiff AJT and Vincent Tanner II repeatedly agreed to the Roblox Terms of Use, which contains an enforceable Arbitration Clause. By agreeing, Plaintiff AJT and Vincent Tanner II agreed to arbitrate Plaintiff's claims against Roblox.

This Motion is based on the concurrently filed Memorandum of Law and declaration of Ronita Jit with accompanying exhibits; all pleadings, records, and files in this action; and such evidence and argument as may be presented at or before a hearing on this Motion. A Proposed Order is attached.

Dated: March 18, 2026

By: /s/ *Jay E. Kagan*
Jay E. Kagan

DILWORTH PAXSON LLP
Jay E. Kagan, Esquire
John J. Higson, Esquire
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel: (215) 575-7000
jkagan@dilworthlaw.com
jhigson@dilworthlaw.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
David P. Fuad (*pro hac vice*)
John P. Badalich (*pro hac vice*)
355 South Grand Avenue
Suite 2700
Los Angeles, CA 90071-1596
Tel: (213) 629-2020
dfuad@orrick.com
jbadalich@orrick.com

Behnam Dayanim (*pro hac vice*)
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Tel: (202) 339-8400
bdayanim@orrick.com

*Attorneys for Defendant*
*Roblox Corporation*