**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

VINCENT TANNER II, a Parent and Natural Guardian of AJT, a minor,

Plaintiff,

v.

ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, AND JOHN DOES 1-50.

Defendants.

Civil Action No. 2:25-cv-06609-KBH

**DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL PLAINTIFF TO ARBITRATION AND STAY PROCEEDINGS**

I, Ronita Jit, declare as follows:

1. I am a Senior Paralegal, Litigation and Legal Operations at Roblox Corporation ("Roblox"). Since January 31, 2023, I have been responsible for supporting litigation needs, including assisting with discovery, responding to subpoenas, and conducting dispute-related investigations. Through that work, I am familiar with the systems and records that, among other aspects, relate to Roblox account holders' records and account sign-in and sign-up flows, Roblox's Robux purchase processes, and Roblox Gift Card redemptions. I make the statements in this declaration based on my personal knowledge of the matters set forth below and based upon my review of records maintained in the ordinary course of business. If called as a witness, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Roblox's Motion to Compel Plaintiff to Arbitration and Stay Proceedings, filed concurrently herewith.

3. I have reviewed what I understand to be the Complaint filed by Plaintiff AJT, a minor, via their parent and natural guardian, Vincent Tanner II, filed by Plaintiff on November 21, 2025, and the First Amended Complaint filed on March 17, 2026. case number 2:25-cv-06609, in the United States District Court for the Eastern District of Pennsylvania.

4. Roblox operates an online platform (the "Roblox Platform") where users can create virtual games and experiences, connect with other users to enjoy user-created games and user-created virtual experiences, and use virtual apparel and other content created by themselves and other users. As of Q4 2025, Roblox has 144.5 million daily active users and is available to play on gaming consoles, computers, tablets, and cellular devices.

5. Robux is a digital currency that can be used on the Roblox Platform to acquire virtual items and gain access to virtual experiences.

6. It is my understanding that Plaintiff's counsel provided Roblox's counsel information associated with Plaintiff's Roblox accounts. According to Roblox's records, that information is associated with a Roblox account belonging to Plaintiff, created on January 28, 2018 (the "Account").

7. I have reviewed the Roblox account information and records for the Accounts, which are maintained in the ordinary course of business.

8. Roblox's records indicate that the Account remains open as of the date of this submission and was most recently used on March 17, 2026.

## I. <u>Roblox Account Processes</u>

9. In order to use the Roblox platform, users must create an account and agree to Roblox's Terms of Use (the "Terms").

10. Roblox periodically makes updates to its Terms. When Roblox deems an update material, Roblox users are notified of each of these updates via a pop-up notice displayed when users access the Roblox Platform. That notice includes a bolded hyperlink to the updated Terms and requires users to click to accept the new Terms in order to continue using the Roblox Platform.

11. Roblox notified users of its August 2023 Terms via both on-platform blocker cards (pop-up notices) requiring affirmative acceptance and via an on-platform message sent directly to every user's "Messages" page within their personal accounts one month prior to the effective date.

12. The message was delivered one month prior to becoming effective and its delivery was emphasized with a notification on users' personal "Messages" pages.

13. This message expressly stated that "[b]eginning on August 1, 2023, you – or if you are a minor, your parent/guardian – will need to agree to the updated Terms of Use in order to continue using Roblox" and "[i]f you do not agree, you can close your Roblox account(s) before these updates go into effect." I attest that the below is a true and accurate screenshot of the Terms update message for the August 1, 2023 Terms update.

**Updates to Roblox Terms of Use**

Hello!
Today we are sharing planned updates to our Terms of Use and Privacy Policy. You can review the updated Terms of Use here and the Privacy Policy here. Beginning on August 1, 2023, you - or if you are a minor, your parent/guardian - will need to agree to the updated Terms of Use in order to continue using Roblox.

Please take some time to review these important legal documents, and if you are a minor, share them with your parent/guardian. If you do not agree, you can close your Roblox account(s) before these updates go into effect.

Thank you,

The Roblox Team

14. Roblox informs its users in this manner each time a material update to its Terms occurs and requires users to accept the updated Terms to continue using the Roblox Platform. These pop-up notices were sent to Roblox users in August 2023, February 2024, June 2024, November 2024, and June 2025, with advanced notices sent one month ahead of each such update. Below is a screenshot of the June 2025 Terms pop-up notice (which is substantially identical to the earlier pop-up notices), which states: “To continue using Roblox, please select “I Agree” to agree to our updated Terms of Use and acknowledge our privacy policy. If you are a minor, please show this to your parent or guardian.”




15. Following these notices, the Account continued to be accessed and actively used, including conducting on-platform purchases of Robux and redeeming Roblox Gift Cards. The Account remains open as of the date of this submission and was most recently used on the date set forth in Paragraph 8.

16. Further, although Roblox’s Terms permit users to opt out of the arbitration agreement within 30 days of acceptance, Roblox has no record showing that AJT or Tanner (or

AJT's other parent or guardian) (collectively, "Responsible Adult") did so through the procedures set forth in the Terms.

## II. Robux Purchase Processes

17. Included in the records is information related to when Plaintiff purchased Robux on the Roblox Platform.

18. From at least August 2022 to the present, to purchase Robux – whether in a one-time purchase or via its Premium membership subscription – a user must first navigate to the Buy Robux page. The following disclosure – applicable to both one-time and Premium purchases – appears at the bottom of the web-version of the Buy Robux page: "When you buy Robux you receive only a limited, non-refundable, non-transferable, revocable license to use Robux, which has no value in real currency. By selecting the Premium subscription package, (1) you agree that you are over 18 and that you authorize us to charge your account every month until you cancel the subscription, and (2) you represent that you understand and agree to the Terms of Use, which includes an agreement to arbitrate any dispute between you and Roblox, and Privacy Policy. You can cancel at any time by clicking 'Cancel subscription' on the billing tab of the setting page. If you cancel, you will still be charged for the current billing period. See Terms of Use for other limitations."

19. From January 2023 to the present, for Robux purchases made on a web browser, upon selection of the desired package, users are shown a Payment Method selection page on which the (i) name of the chosen package and (ii) its cost are prominently displayed. Payments for one-time purchases of Robux were processed by Stripe. For credit/debit card payments, users were presented with several prominent disclosures prior to inputting their billing information. Disclosures related to the Stripe buy flow are as follows:

20. On the left side of the screen, users are shown (i) the purchase price (in bold), (ii) the selected item, (iii) the quantity, (iv) the subtotal (before tax), (v) the tax (if a user enters his or her address), and (vi) the total amount due. Additionally, the users are told the transaction is "powered by Stripe" and are presented with clear and conspicuous links to (a) the legal Terms and (b) the Privacy Policy that govern the transaction.

21. On the right side of the screen, in close proximity to the large green "Pay" button that users must click to complete the purchase, the following disclosure currently appears: "By submitting payment information you acknowledge that you are at least 18 years old, and that you agree to Roblox Terms and Privacy Policy, including the arbitration clause and revocation policy." The words "Roblox Terms" were bolded blue text that linked to the then-current Roblox Terms. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:



22. From at least late 2022 to December 4, 2024, for purchases made on a mobile device, including through the Google Play Store, users were presented with disclosures that are similar to those in a web browser. On the initial screen, the following disclosure appeared at the top of the screen: "By purchasing Robux, you agree to our Terms of Use and Privacy Policy, including the arbitration clause and revocation policy. You consent to the immediate performance of the contract and acknowledge that you thereby lose your right of withdrawal." The words "Terms of Use" are bolded and underlined; they are linked to the then-current Roblox Terms. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




23. From at least December 5, 2024, to the present, for purchases made on a mobile device through the Google Play Store, users were similarly presented with the same disclosure: "By purchasing Robux, you agree to our Terms of Use and Privacy Policy, including the arbitration clause and revocation policy. You consent to the immediate performance of the contract and acknowledge that you thereby lose your right of withdrawal." I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




24. If users have a payment method stored on their mobile device through Google Pay, once a user selects the package desired, a pop-up window corresponding to the payment method appears at the bottom of the screen. The window (i) lists the package chosen; (ii) states that it is an "in-app purchase"; (iii) states the price of the package; and (iv) asks for the users to provide affirmative consent for the charge by double clicking the side button. Once the users confirm the charge, another pop-up window appears, confirming that the purchase was successful. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




25. Roblox records show ***forty-nine*** (49) purchases of Robux on the Account that required agreement to the Terms.[1] These purchases were made between September 26, 2022, and January 14, 2026, through Stripe Card, the Xbox Store, the Google Play Store, PayPal and credit card. Attached hereto as **Exhibit 1** is a true and correct copy of Roblox's record of Robux transactions associated with the Account.

## III. <u>Specific Roblox Purchase Examples</u>

26. By way of example, the Account made a Robux purchase on December 25, 2023, using Stripe Card. When conducting a purchase via Stripe Card on this date, the user would have encountered the following screen. On the right side of the screen, in close proximity to the large blue "Pay" button the user must click to complete the purchase, the following disclosure appears:

[1] The numbers and dates in this Paragraph reflect only the Robux transactions that Roblox contends for purposes of this Motion required agreement to Roblox's Terms.

"By submitting payment information you agree to Roblox Terms and Privacy Policy including the arbitration clause and revocation policy." I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




27. By way of further example, the Account made a Robux purchase on January 25, 2025 through the Google Play Store. When making a purchase on the Google Play Store on this date, a user would have encountered the screens and disclosures set forth in Paragraphs 23 and 24.

28. Additionally, the Account made three Robux purchases on November 16, 2025, through the Xbox Store. When conducting a Robux purchase on this date through the Xbox Store, a user would have encountered the following screen. At the bottom of the screen, in close proximity to the button the user must click to complete the purchase, the following disclosure appears: "By purchasing Robux, you agree to our Terms of Use and Privacy Policy, including the arbitration

clause and revocation policy." I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




29. While there is some variation across time and platform, the Robux purchase processes depicted above are representative of Robux purchases made on the Account that required agreement to the Terms.

## IV. <u>Roblox Gift Card Redemption Processes</u>

30. Roblox sells physical and electronic gift cards (also known as "game cards") that may be redeemed for Robux ("Roblox Gift Cards"). Roblox Gift Cards are available for purchase at major retailers in the United States, such as Dollar General, Walgreens, CVS Pharmacy, and Seven Eleven, among others.

31. Each Roblox Gift Card is affiliated with a unique redemption code. The redemption code can only be used after logging into a Roblox account on the Roblox website. After logging in, users must visit "www.roblox.com/redeem" to redeem their gift card. This redemption webpage can only be accessed through a standard internet browser. Roblox Gift Cards cannot be redeemed on gaming consoles, such as PlayStation.

32. Between September 29, 2021, and April 4, 2023, the www.roblox.com/redeem webpage included a field for entering the user's Roblox Gift Card redemption code, a button that says "Redeem," and language alerting the user that redeeming a code requires acceptance of Gift Card Terms & Conditions and Roblox's Terms of Use, including an arbitration clause, by a person who is 18 years old. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




33. Between April 5, 2023, and December 4, 2024, the www.roblox.com/redeem webpage included a field for entering the user's Roblox Gift Card redemption code, a button that says "Redeem," and language alerting users that redeeming a code requires acceptance of Roblox's Terms of Use, including an arbitration clause, by a person who is 18 years old. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




34. From December 5, 2024, to the present, the www.roblox.com/redeem webpage included a field for entering the user's Roblox Gift Card redemption code, a button that says "Redeem," and language alerting users that redeeming a code requires acceptance of Roblox's Terms of Use, including an arbitration clause, by a person who is 18 years old. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




35. Attached hereto as **Exhibit 2** is a true and correct copy of Roblox's record of Roblox Gift Card transactions associated with the Account. The transactions are categorized as both "Gift Cards" and "Game Cards" (which, as noted above, are equivalent to "Gift Cards").

36. **Exhibit 2** shows that the Account redeemed Roblox Gift Cards on forty-two occasions that required agreement to the Terms between December 6, 2022 and January 13, 2026, purchased from Dollar General, Walgreens, CVS Pharmacy, GameStop, Blackhawk, Seven Eleven, Walmart, Amazon, and Microsoft Rewards.[2]

## V. Specific Gift Card Redemption Examples

37. By way of example, the Account redeemed a Roblox Gift Card on January 13, 2026, which was purchased from Dollar General. When redeeming a Roblox Gift Card from Dollar General on this specific date, the user would have encountered the screen shown in Paragraph 33. In addition, the back of the Roblox Gift Card included language alerting the user that: "By purchasing, accepting or redeeming this card, you (or your parent or guardian if you are under 18 years old) agree to these terms and conditions and the Roblox Terms of Use." I attest that the below is a true and accurate screenshot of the aforementioned disclosure on the back of the Roblox Gift Card purchased from Dollar General.

[2] The numbers and dates in this Paragraph reflect only the redemptions that Roblox contends for purposes of this Motion required agreement to Roblox's Terms.



NO VALUE UNTIL ACTIVATED AT REGISTER

Redemption Instructions

1. Go to Roblox.com/redeem from your browser
2. Log in or create an account
3. Find your PIN and enter it on the website
4. Spend your credit on Robux or a Roblox Premium subscription

Terms and Conditions

By purchasing, accepting or redeeming this card, you (or your parent or guardian if you are under 18 years old) agree to these terms and conditions and the Roblox Terms of Use (available at www.roblox.com/termsofuse), which are both subject to change. This card may only be redeemed at www.roblox.com for Roblox credits, which may only be used to purchase Robux or a Roblox Premium Subscription (availability and pricing are subject to change — see https://www.roblox.com/upgrades/robux). This card is not refundable or redeemable for cash, except as required by law. To redeem this card and use Roblox credits, you must have Internet access and register for a Roblox account. Resale is prohibited. Roblox is not responsible if this card is used without your permission or if it is lost, stolen or damaged. This card is issued by and represents an obligation solely of Roblox Prepaid Company, LLC. For the complete terms and conditions including the arbitration agreement and class action waiver, please visit www.roblox.com/giftcardterms.
© 2023 Roblox Corporation. All rights reserved.

38. As another example, the Account redeemed a Roblox Gift Card on June 30, 2023, which was purchased from Walmart. When redeeming a Roblox Gift Card from Walmart on this specific date, the user would have encountered the screen shown in Paragraph 32. In addition, the back of the Roblox Gift Card included language alerting the user that "[t]o redeem this card and use Roblox credits, you must have internet access, register for a Roblox account, and accept the Roblox Terms of Use." I attest that the below is a true and accurate screenshot of the aforementioned disclosure on the back of the Roblox Gift Card purchased from Walmart:




39. By way of further example, the Account redeemed a Roblox Gift Card on April 18, 2024, which was purchased from Amazon. When redeeming a Roblox Gift Card from Amazon on this specific date, the user would have encountered the screen shown in Paragraph 32. In addition, the Amazon purchase screen included language alerting the user that "[b]y placing your order, you're purchasing digital currency or a license to a digital product, and you agree to our Games and Software Terms of Use and any Developer or Publish Terms of Use that apply" with hyperlinks to the Terms. I attest that the below is a true and accurate screenshot of the aforementioned disclosure on the Amazon purchase screen.




40. While there is some variation across time and source of purchase, the Roblox Gift Card redemptions depicted above are representative of all redemptions made on the Account that required agreement to the Terms.

## VI. Terms of Use

41. I attest that **Exhibit 3** is a true and accurate copy of Roblox's Terms of Use effective on January 12, 2022.

42. I attest that **Exhibit 4** is a true and accurate copy of Roblox's Terms of Use effective on August 1, 2023.

43. I attest that **Exhibit 5** is a true and accurate copy of Roblox's Terms of Use effective on February 27, 2024.

44. I attest that **Exhibit 6** is a true and accurate copy of Roblox's Terms of Use effective on March 14, 2025.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed March 18, 2026, San Mateo, California.

Ronita Jit

________________________

Ronita Jit