| UserID | Username | Product | Unit Price | Currency | Order Created | Sale Status | Recurring Status | Gift Purchase | Payment Bonus | Credit Card # | Email | Zip | Provider Subscription ID | Payment Method | SaleID or RecurringScheduleID | Actions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 503056088 | [redacted] | Roblox Credit Redemption | 20.07 | USD | 01/14/2026 00:48:05 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 3990448789 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 20.07 Complete ct-6c16a6b1-18e5-42c2-9115-2dbca6aa3c82 01/14/2026 00:48:05 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 12/27/2025 01:52:05 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 3918237867 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete xbox-f7a59141-2a68-451f-954a-70f746e35776 12/27/2025 01:52:05 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 550 Subscribed | 4.99 | USD | 12/21/2025 15:37:19 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 3879372782 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-0ebfd2a6-917b-4dc9-b37b-84ac6b4521b9 12/21/2025 15:37:19 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 2200 Subscribed | 19.99 | USD | 12/21/2025 15:36:59 UTC | Completed | Not a Subscription | No | Type: GamePassProduct, Target: 1239020110 | | | | Not a Subscription | Credit | 3879384665 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-fc3d5d83-a2a1-47b9-9d2c-7b843268b1fd 12/21/2025 15:36:59 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 550 Subscribed | 4.99 | USD | 12/21/2025 00:44:41 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 3877035854 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-3a920ac7-4ee5-4920-8158-bc3d65bd718f 12/21/2025 00:44:41 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 5800 Subscribed | 49.99 | USD | 12/21/2025 00:44:21 UTC | Completed | Not a Subscription | No | Type: GamePassProduct, Target: 1228591447 | | | | Not a Subscription | Credit | 3876994487 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 49.99 Complete ct-73b8ea10-1980-45ca-9c71-05675e514d1d 12/21/2025 00:44:21 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Premium 2200 | 19.99 | USD | 12/21/2025 00:43:37 UTC | Cancelled | Inactive | No | No Bonus | | | | 979c32f6-0059-4327-b4f9-3d9465992ddf | Credit | 3876992851 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-6d4ee126-7f50-41d1-a071-7fa881060f21 12/21/2025 00:43:37 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 1700 Robux | 19.99 | USD | 11/16/2025 14:32:39 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 3760662638 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete xbox-ceefe3a8-7d8d-43ef-a785-3d07a2e6513f 11/16/2025 14:32:39 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 11/16/2025 14:19:12 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 3760597236 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete xbox-6e73909a-2ce6-4314-8559-2c48c8676fff 11/16/2025 14:19:12 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 1700 Robux | 19.99 | USD | 11/16/2025 14:19:11 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 3760610681 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete xbox-72dd06cc-52e9-421f-8ca9-cf437875b82a 11/16/2025 14:19:11 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 550 Subscribed | 4.99 | USD | 08/14/2025 15:45:33 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 3442395516 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-ae5b5b42-5ba0-403c-95a5-1a497cd62bd2 08/14/2025 15:45:33 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Premium 1000 | 9.99 | USD | 08/14/2025 15:45:12 UTC | Cancelled | Inactive | No | No Bonus | | | | a194c403-fc32-4048-a337-f6df127365b4 | Credit | 3442399727 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-32be12ad-71b0-4322-87bc-a2682aebfb8f 08/14/2025 15:45:12 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 07/21/2025 21:57:45 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 3349843586 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete xbox-983eff00-a7ed-487f-9230-58e4b0e3f8c8 07/21/2025 21:57:45 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 07/19/2025 23:24:08 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 3342229243 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete xbox-eeb74a56-1518-4037-afd7-c5c7d38b117f 07/19/2025 23:24:08 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Premium 2200 | 19.99 | USD | 06/18/2025 17:20:53 UTC | Cancelled | Inactive | No | No Bonus | | | | 582dc710-8719-4acd-bfbc-56b09a59222a | Credit | 3231892578 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-2eddf12c-2658-45a5-81ea-b4f2a6975807 06/18/2025 17:20:53 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 1100 Subscribed | 9.99 | USD | 05/24/2025 19:58:34 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 3162590249 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-e613b342-a967-41fc-a22e-e9bcbee3b618 05/24/2025 19:58:34 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 550 Subscribed | 4.99 | USD | 05/16/2025 21:43:32 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 3144640460 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-855afcba-0bc4-4061-afbb-ea61e5c7e394 05/16/2025 21:43:32 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Premium 2200 | 19.99 | USD | 05/16/2025 21:43:17 UTC | Cancelled | Inactive | No | No Bonus | | | | 40d30753-9b21-447d-b603-4f0fbc84fb3b | Credit | 3144641900 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-1af9763b-10ca-4b08-b817-c10279321e1a 05/16/2025 21:43:17 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 88 Subscribed | 0.99 | USD | 01/25/2025 20:03:23 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 2916396535 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3342-1812-1252-67430 01/25/2025 20:03:23 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 550 Subscribed | 4.99 | USD | 01/21/2025 19:17:18 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2909199685 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-a0a21c0a-d2bf-4b3e-9fb5-83098375c70e 01/21/2025 19:17:18 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Premium 2200 | 19.99 | USD | 01/21/2025 19:17:01 UTC | Cancelled | Inactive | No | No Bonus | | | | db97fa5d-f6fa-4580-bc88-f01572274294 | Credit | 2909199313 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-980bc475-160a-427d-8a19-36e7aec34ee8 01/21/2025 19:17:01 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 12/22/2024 21:07:09 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 2825512321 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 12/22/2024 21:07:09 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 1700 Robux | 19.99 | USD | 12/22/2024 21:07:08 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 2825512282 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete 12/22/2024 21:07:08 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 800 Robux | 9.99 | USD | 12/22/2024 21:07:07 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 2825512248 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete 12/22/2024 21:07:07 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 550 Subscribed | 4.99 | USD | 12/22/2024 20:48:26 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2825467415 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-557d3e4c-1f66-45b0-b065-4c2116be4033 12/22/2024 20:48:26 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 2200 Subscribed | 19.99 | USD | 12/22/2024 20:48:07 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2825466671 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-bc89b0b1-4146-4586-beff-8c3e45f0d613 12/22/2024 20:48:07 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 550 Subscribed | 4.99 | USD | 12/22/2024 01:29:53 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2823429934 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-c6f32e63-ce2e-467c-b9d9-6ce9885ee70a 12/22/2024 01:29:53 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 2200 Subscribed | 19.99 | USD | 12/22/2024 01:29:41 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2823429478 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-688649dc-e389-499e-ac3c-54c2106d744b 12/22/2024 01:29:41 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 2200 Subscribed | 19.99 | USD | 12/16/2024 19:46:29 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2810473919 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-856022d4-51fe-4057-8f7f-fd8c263c4b16 12/16/2024 19:46:29 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Credit Redemption | 0.01 | USD | 11/24/2024 20:41:53 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2773236075 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.01 Complete ct-4d6e07ec-ef5e-4c08-aa11-4263d7d0f091 11/24/2024 20:41:53 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Premium 2200 | 19.99 | USD | 11/24/2024 20:40:54 UTC | Cancelled | Inactive | No | No Bonus | | | | a6c8511c-542a-427e-9c8e-5569d48344c3 | Credit | 2773234518 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-8a68c353-2f74-4be0-bffd-7f1792d874bf 11/24/2024 20:40:54 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 1700 Robux And Item | 19.99 | USD | 07/11/2024 17:36:48 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2533389612 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-50f347f4-cfbe-4388-b9b7-57e1e6b03a0c 07/11/2024 17:36:48 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 06/04/2024 01:01:07 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 2465197351 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 06/04/2024 01:01:07 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 06/04/2024 00:49:57 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 2465182423 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 06/04/2024 00:49:57 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 06/04/2024 00:49:36 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 2465181977 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 06/04/2024 00:49:36 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 06/03/2024 19:48:17 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 2464787681 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 06/03/2024 19:48:17 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 440 Subscribed | 4.99 | USD | 06/03/2024 18:56:53 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2464721942 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-a97eda2b-de83-4c48-b691-81178aec6f6d 06/03/2024 18:56:53 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Premium 1000 | 9.99 | USD | 06/03/2024 18:56:10 UTC | Cancelled | Inactive | No | No Bonus | | | | 68cc18a1-15d5-4a0c-b771-c1724ca75627 | Credit | 2464721024 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-480f2f38-00d8-4392-84ae-ced425d0249f 06/03/2024 18:56:10 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 05/21/2024 22:35:07 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 2444319949 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 05/21/2024 22:35:07 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 05/21/2024 21:29:57 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 2444248595 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 05/21/2024 21:29:57 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 05/21/2024 21:09:44 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 2444226854 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 05/21/2024 21:09:44 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 1700 Robux | 19.99 | USD | 05/18/2024 21:09:22 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 2438726831 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete 05/18/2024 21:09:22 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 1700 Robux | 19.99 | USD | 05/18/2024 20:58:23 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 2438708500 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete 05/18/2024 20:58:23 UTC | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 503056088 | [redacted] | Premium 800 Robux | 9.99 | USD | 05/10/2024 00:06:50 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2426364793 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-88f96059-432e-4c99-9f29-9709e52435e5 05/10/2024 00:06:50 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 1870 Subscribed | 19.99 | USD | 04/26/2024 18:59:21 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2406761980 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-610d25ef-b7be-4cce-9ba2-2a423df20e1e 04/26/2024 18:59:21 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 440 Subscribed | 4.99 | USD | 04/17/2024 20:14:46 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2394752702 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-808453f7-bf80-4bc5-a562-cb10c7e22be8 04/17/2024 20:14:46 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 880 Subscribed | 9.99 | USD | 04/17/2024 20:14:43 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2394752666 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-9c28f991-845e-440e-8a2b-4ed4bed1f363 04/17/2024 20:14:43 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 440 Subscribed | 4.99 | USD | 04/09/2024 18:08:10 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2383164203 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-13771afe-5f9c-47f6-a6e3-d6acc8fc19b8 04/09/2024 18:08:10 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Premium 1000 | 9.99 | USD | 04/09/2024 18:07:33 UTC | Cancelled | Inactive | No | No Bonus | | | | f5616b61-2059-4c36-9e88-1082dafe8104 | Credit | 2383163668 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-3f08c48b-7a2f-4628-b681-ed6e5ccfe038 04/09/2024 18:07:33 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 1870 Subscribed | 19.99 | USD | 03/14/2024 23:04:22 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2342136361 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-cb8706a1-9ba1-4ef2-9b4b-9be05af783a7 03/14/2024 23:04:22 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 88 Subscribed | 0.99 | USD | 03/13/2024 00:30:46 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 2340193760 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3390-5195-0980-52278 03/13/2024 00:30:46 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 440 Subscribed | 4.99 | USD | 02/20/2024 22:41:54 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2304684394 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-fd260dd7-4c20-4882-907b-760422d3c52a 02/20/2024 22:41:54 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Premium 1000 | 9.99 | USD | 02/20/2024 22:41:32 UTC | Cancelled | Inactive | No | No Bonus | | | | 834ec886-d7aa-4304-92fa-453a75fa9a7d | Credit | 2304684004 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-d611ba27-76af-4ea9-938b-cb2037590b1a 02/20/2024 22:41:32 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 400 Robux | 4.99 | USD | 01/14/2024 16:49:41 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 2251216264 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 01/14/2024 16:49:41 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 1870 Subscribed | 19.99 | USD | 01/02/2024 18:57:03 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2232041252 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-9b986471-5b25-4933-be24-2b8d371ca607 01/02/2024 18:57:03 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 88 Subscribed | 0.99 | USD | 12/31/2023 16:37:03 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 2227455819 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3345-9679-0505-84125 12/31/2023 16:37:03 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 1870 Subscribed | 19.99 | USD | 12/29/2023 19:13:06 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2223079046 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-88c4d51e-6a08-4e5f-ba60-4cabeb80276d 12/29/2023 19:13:06 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 88 Subscribed | 0.99 | USD | 12/27/2023 18:54:08 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 2218205216 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3330-0644-4423-25990 12/27/2023 18:54:08 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 88 Subscribed | 0.99 | USD | 12/26/2023 21:50:19 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 2215686774 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3328-9391-9642-47509 12/26/2023 21:50:19 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 440 Subscribed | 4.99 | USD | 12/26/2023 21:38:37 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 2215646805 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3363-7537-8876-58507 12/26/2023 21:38:37 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 1870 Subscribed | 19.99 | USD | 12/25/2023 14:11:05 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | [redacted] | Not a Subscription | StripeCard | 2207324691 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Visa Address City / State / Country [redacted] Price PaymentStatus Provider Payment ID Created 19.99 Complete stripe-pi_3OREryC8tJWGhK4H1aW1HauA 12/25/2023 14:11:05 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Premium 450 | 4.99 | USD | 12/25/2023 13:57:58 UTC | Recurring | Active | No | No Bonus | | | | g-ab46602adce249b657de688fd219bdf8 | GooglePlayStore | 2207222249 |
| Product Expiration: Not currently available due to system upgrade Product Renewal 01/25/2024 13:57:43 UTC Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3362-3903-5969-79064 12/25/2023 13:57:58 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 1870 Subscribed | 19.99 | USD | 11/16/2023 11:06:48 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2149008393 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-26e1d578-7375-4ff7-8eb8-372420ffb9a4 11/16/2023 11:06:48 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Premium 2200 | 19.99 | USD | 11/13/2023 17:10:35 UTC | Cancelled | Inactive | No | No Bonus | | [redacted] | | bt-d06627a4-60ed-4ed8-8ad0-6be5b25c68ab | BraintreePaypal | 2103934466 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name [redacted] Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete bt-bp5znh0v 11/13/2023 17:10:35 UTC 19.99 Complete bt-8jfz2tw6 10/13/2023 22:32:08 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 880 Subscribed | 9.99 | USD | 10/13/2023 22:32:48 UTC | Completed | Not a Subscription | No | No Bonus | | [redacted] | | Not a Subscription | BraintreePaypal | 2103935523 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name [redacted] Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete bt-kc3cdw0g 10/13/2023 22:32:48 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 440 Subscribed | 4.99 | USD | 09/01/2023 23:36:32 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | BraintreePaypal | 2047990747 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete bt-ncmjatde 09/01/2023 23:36:32 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 880 Subscribed | 9.99 | USD | 09/01/2023 23:36:01 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | BraintreePaypal | 2047989900 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete bt-n824gc36 09/01/2023 23:36:01 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Premium 2200 | 19.99 | USD | 08/07/2023 22:38:24 UTC | Cancelled | Inactive | No | No Bonus | [redacted] | [redacted] | [redacted] | stripe-sub_1Ncc48C8tJWGhK4HXMYbh5zp | StripeCard | 2012965280 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name [redacted] Address City / State / Country [redacted] Price PaymentStatus Provider Payment ID Created 19.99 Complete stripe-pi_3Ncc48C8tJWGhK4H1NVVihq7 08/07/2023 22:38:24 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 880 Subscribed | 9.99 | USD | 07/28/2023 15:13:48 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 1989426280 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-abcf0271-2357-4e59-a30f-430f18dd4f79 07/28/2023 15:13:48 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 440 Subscribed | 4.99 | USD | 06/30/2023 19:44:46 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 1948165267 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-f6b6b36e-154d-4a30-a5b5-c9ed52db9059 06/30/2023 19:44:46 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Premium 1000 | 9.99 | USD | 06/30/2023 19:44:23 UTC | Cancelled | Inactive | No | No Bonus | | | | 90d1a5e0-f14d-4555-8d36-6871df7674fe | Credit | 1948164708 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-901cc805-19ed-488f-8d3b-035bfccf05e0 06/30/2023 19:44:23 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 06/21/2023 01:54:45 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | BraintreePaypal | 1935004384 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete bt-j95s13jr 06/21/2023 01:54:45 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 800 Robux | 9.99 | USD | 06/21/2023 00:47:05 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | BraintreePaypal | 1934932755 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete bt-n22kjqc6 06/21/2023 00:47:05 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 05/26/2023 19:42:29 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 1901850596 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-ef491554-60f9-4b20-b85c-dfbe69414426 05/26/2023 19:42:29 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 800 Robux | 9.99 | USD | 05/26/2023 19:41:55 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 1901849937 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-0820ce62-4d53-46ba-9017-d05c10dbe031 05/26/2023 19:41:55 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 440 Subscribed | 4.99 | USD | 05/08/2023 23:41:07 UTC | Completed | Not a Subscription | No | No Bonus | | [redacted] | | Not a Subscription | BraintreePaypal | 1881497790 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name [redacted] Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete bt-p81s9ezr 05/08/2023 23:41:07 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 440 Subscribed | 4.99 | USD | 05/01/2023 16:24:43 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 1872620425 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 93444718-8e56-4402-b616-7ba44d11e02d 05/01/2023 16:24:43 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 880 Subscribed | 9.99 | USD | 05/01/2023 16:24:20 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 1872620132 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete 7166fa20-a488-4441-8007-a90091d4d8e0 05/01/2023 16:24:20 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 440 Subscribed | 4.99 | USD | 04/29/2023 16:27:19 UTC | Completed | Not a Subscription | No | No Bonus | | [redacted] | | Not a Subscription | BraintreePaypal | 1869467551 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name [redacted] Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete bt-1g3xknqp 04/29/2023 16:27:19 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 440 Subscribed | 4.99 | USD | 04/25/2023 22:58:47 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | [redacted] | Not a Subscription | StripeCard | 1865422909 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name [redacted] Address City / State / Country [redacted] Price PaymentStatus Provider Payment ID Created 4.99 Complete stripe-pi_3N0uopC8tJWGhK4H1XmUWyLh 04/25/2023 22:58:47 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Credit Redemption | 5.01 | USD | 04/20/2023 15:27:58 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 1857652678 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 5.01 Complete 3900adfc-0003-4fb8-8768-2bbaffdbb083 04/20/2023 15:27:58 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Roblox Premium 2200 | 19.99 | USD | 04/20/2023 15:27:14 UTC | Cancelled | Inactive | No | No Bonus | | | | 5198d998-7a28-4ecf-9838-488e2a95001d | Credit | 1857652201 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete 61705a1d-e02f-4808-9e5e-de61a2a2f1f5 04/20/2023 15:27:14 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 800 Robux | 9.99 | USD | 03/30/2023 00:15:58 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | BraintreePaypal | 1830675553 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete bt-774q41h9 03/30/2023 00:15:58 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 800 Robux | 9.99 | USD | 03/19/2023 20:28:42 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 1819542523 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete 03/19/2023 20:28:42 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 01/09/2023 01:06:37 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1727055995 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3326-3175-8505-86276 01/09/2023 01:06:37 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 1700 Robux | 19.99 | USD | 01/09/2023 00:51:25 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1727034751 |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete g-GPA.3308-7214-4106-04093 01/09/2023 00:51:25 UTC | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 1700 Robux | 19.99 | USD | 12/31/2022 20:33:05 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 1713972732 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete 12/31/2022 20:33:05 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 12/05/2022 00:26:31 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XsollaCreditdebitcards | 1670588747 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete xsolla-1070288320 12/05/2022 00:26:31 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 11/22/2022 01:37:54 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XsollaCreditdebitcards | 1655665922 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete xsolla-1062218379 11/22/2022 01:37:54 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 800 Robux | 9.99 | USD | 11/22/2022 01:37:11 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XsollaCreditdebitcards | 1655665296 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete xsolla-1062218204 11/22/2022 01:37:11 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 800 Robux | 9.99 | USD | 10/30/2022 17:16:11 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XsollaCreditdebitcards | 1629220939 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete xsolla-1049679841 10/30/2022 17:16:11 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 10/30/2022 17:15:15 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XsollaCreditdebitcards | 1629219738 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete xsolla-1049679288 10/30/2022 17:15:15 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 400 Robux | 4.99 | USD | 10/22/2022 20:55:27 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | PaypalExpressCheckout | 1620477233 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete legacy_1669124646 10/22/2022 20:55:27 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | Premium 1700 Robux | 19.99 | USD | 09/26/2022 12:12:24 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XsollaCreditdebitcards | 1590630612 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete xsolla-1029959873 09/26/2022 12:12:24 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 1700 Robux | 19.99 | USD | 12/25/2020 14:36:53 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 745779811 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete 12/25/2020 14:36:53 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 800 Robux | 9.99 | USD | 08/27/2020 20:09:37 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 618704204 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete 08/27/2020 20:09:37 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 400 Robux | 4.99 | USD | 03/27/2020 22:11:47 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 453431492 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 03/27/2020 22:11:47 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 400 Robux | 4.99 | USD | 02/24/2020 20:44:35 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 435567737 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 02/24/2020 20:44:35 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 800 Robux | 9.99 | USD | 02/15/2020 17:35:05 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 431393957 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete 02/15/2020 17:35:05 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 400 Robux | 4.99 | USD | 07/19/2018 23:34:39 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 185402470 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 07/19/2018 23:34:39 UTC | | | | | | | | | | | | | | | | |
| 503056088 | [redacted] | 400 Robux | 4.99 | USD | 07/19/2018 23:33:18 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 185402165 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 07/19/2018 23:33:18 UTC | | | | | | | | | | | | | | | | |