Game Cards

| Value | Vendor | Merchant | Redemption Code | Created | Updated |
|---|---|---|---|---|---|
| 20 | InComm | Dollar General | RIRPNNFUD3BVNVP9A3 | 01/13/2026 18:46:54 UTC | 01/13/2026 18:46:54 UTC |
| 25 | InComm | Walgreens | RIMYW8JBNX3CW7CMCA | 12/21/2025 09:36:43 UTC | 12/21/2025 09:36:43 UTC |
| 25 | InComm | CVS Pharmacy | RICCHXTUKPN9FTR9VV | 12/20/2025 18:42:51 UTC | 12/20/2025 18:42:51 UTC |
| 25 | InComm | CVS Pharmacy | RIJAHCLTL7RBKYTTDT | 12/20/2025 18:41:43 UTC | 12/20/2025 18:41:43 UTC |
| 25 | InComm | SevenEleven | RIKFYEHVATYUB3RM8D | 12/20/2025 18:40:02 UTC | 12/20/2025 18:40:02 UTC |
| 15 | InComm | Dollar General | RIJ9W1XN1UZ63BQJJV | 08/14/2025 10:44:31 UTC | 08/14/2025 10:44:31 UTC |
| 20 | InComm | Dollar General | RIDN4PJPJVMTYRDFNY | 06/18/2025 12:20:04 UTC | 06/18/2025 12:20:04 UTC |
| 10 | InComm | Dollar General | RIKFFTTCURBP7A8WLD | 05/24/2025 14:58:23 UTC | 05/24/2025 14:58:23 UTC |
| 25 | InComm | GameStop | RIFCD8B7UALVBLCXAM | 05/16/2025 16:41:47 UTC | 05/16/2025 16:41:47 UTC |
| 25 | InComm | Dollar General | RI2W491PJAJN32YP3W | 01/21/2025 13:14:17 UTC | 01/21/2025 13:14:17 UTC |
| 25 | InComm | GameStop | RIEX3J4WHMR4U8M38D | 12/22/2024 14:47:40 UTC | 12/22/2024 14:47:40 UTC |
| 25 | Blackhawk | Blackhawk - Unknown Merchant | RBXRVXJVQGR7TBG6 | 12/21/2024 19:28:59 UTC | 12/21/2024 19:28:59 UTC |
| 20 | InComm | Dollar General | RIX7XDVYPJEK7EFFYK | 12/16/2024 13:45:48 UTC | 12/16/2024 13:45:48 UTC |
| 20 | InComm | SevenEleven | RIKAPXF7MY39PVHVU3 | 11/24/2024 14:40:13 UTC | 11/24/2024 14:40:13 UTC |
| 20 | InComm | Dollar General | RI6897QC0YFWLCMZB1 | 07/11/2024 12:36:24 UTC | 07/11/2024 12:36:24 UTC |
| 15 | InComm | Dollar General | RIC4KX83P7RBMYWKAH | 06/03/2024 13:55:29 UTC | 06/03/2024 13:55:29 UTC |
| 10 | Blackhawk | Blackhawk - Unknown Merchant | RBPGX63QNK2E767A | 05/09/2024 19:05:57 UTC | 05/09/2024 19:05:57 UTC |
| 20 | InComm | Dollar General | RIWJDHX3W9N3LW9FWJ | 04/26/2024 13:59:09 UTC | 04/26/2024 13:59:09 UTC |
| 15 | InComm | CVS Pharmacy | RIXCPUBNS2908A5MDZ | 04/17/2024 15:14:27 UTC | 04/17/2024 15:14:27 UTC |
| 15 | InComm | Dollar General | RIMH3MYDADW7VFTAXN | 04/09/2024 13:06:25 UTC | 04/09/2024 13:06:25 UTC |
| 20 | InComm | Dollar General | RI73VF4BREVKAAED3J | 03/14/2024 15:29:11 UTC | 03/14/2024 15:29:11 UTC |
| 15 | InComm | Dollar General | RIBHPVMB9ALEJ7DSZF | 02/20/2024 16:40:52 UTC | 02/20/2024 16:40:52 UTC |
| 20 | InComm | Dollar General | RIRZ25XTTNGVJ00JQ9 | 01/02/2024 12:56:51 UTC | 01/02/2024 12:56:51 UTC |
| 20 | InComm | Dollar General | RIG3A0USMV3DQQZ6P0 | 12/29/2023 13:12:28 UTC | 12/29/2023 13:12:28 UTC |
| 20 | InComm | Dollar General | RIYPRUDWA5W9XEM7S0 | 11/16/2023 05:06:02 UTC | 11/16/2023 05:06:02 UTC |
| 10 | InComm | Dollar General | RIE1CXMAQ0J32WFTUV | 07/28/2023 10:12:46 UTC | 07/28/2023 10:12:46 UTC |
| 15 | InComm | Walmart | RIR3W6RHZQ28ND62RC | 06/30/2023 14:43:30 UTC | 06/30/2023 14:43:30 UTC |
| 15 | InComm | Dollar General | RISC9D0BPFANWQ18NJ | 05/26/2023 14:41:11 UTC | 05/26/2023 14:41:11 UTC |
| 15 | InComm | Dollar General | RIY9A8SU3PMBNW6QHE | 05/01/2023 11:23:31 UTC | 05/01/2023 11:23:31 UTC |
| 25 | InComm | Dollar General | RI4ZFKF1EBJX2KZS0L | 04/20/2023 10:19:58 UTC | 04/20/2023 10:19:58 UTC |

Gift Cards

| Product | Product ID | Redemption Code | Redemption Date |
|---|---|---|---|
| Amazon - 1000 Robux (USD) 2 | 4477 | RASBZF3SUBA72J97UL | 01/25/2026 23:52:00 UTC |
| Amazon - 1000 Robux (USD) ( | 3992 | RAE3NC66S8FP7JE3E8 | 08/13/2025 23:27:01 UTC |
| Amazon - 1000 Robux (USD) E | 3354 | RAXHTK6NV6YHFXHYA4 | 01/09/2025 22:44:00 UTC |
| Amazon - 1700 Robux (USD) F | 2969 | RAX4G5GRAY4M25UJLX | 09/26/2024 22:20:19 UTC |
| Amazon - 800 Robux (USD) Fl | 2976 | RALZEB6LZYBLZWYNBA | 09/06/2024 23:29:38 UTC |
| Amazon - 800 Robux (USD) Sl | 2821 | RA4SKAJHTX9PDJH5M8 | 08/19/2024 01:28:04 UTC |
| Microsoft Rewards - 200 Robu | 936 | MVYVZTSUELBDLQJ | 07/02/2024 18:55:08 UTC |
| Microsoft Rewards - 100 Robu | 935 | XCTMBRANAPQVQYU | 07/02/2024 18:54:43 UTC |
| Amazon - 800 Robux (USD) D | 2594 | RAYYZM5WWE5FH48BJP | 05/09/2024 23:21:19 UTC |
| Amazon - 800 Robux (USD) Kl | 2536 | RAP49YNTPRN3G4YFFX | 04/18/2024 20:37:33 UTC |
| Amazon - 800 Robux (USD) Ja | 1806 | RA83L7CSEMMDEXUCKN | 04/06/2023 00:27:34 UTC |
| Amazon - 2700 Robux (USD) F | 1704 | RATEC2KUN5R6B4PTDV | 12/06/2022 01:18:28 UTC |
| Amazon - 800 Robux (USD) Bi | 1476 | RA2E7TXXG98JG9TZFK | 06/28/2022 22:21:59 UTC |
| Amazon - 800 Robux (USD) Bi | 1476 | RA44G3D5EB3YWJYK9A | 06/16/2022 12:31:43 UTC |
| Nerf ZAViperStrike | 1306 | E6C65XW3FJWC | 12/22/2024 03:49:51 UTC |
| Amazon - 4500 Robux (USD) S | 1286 | XFQRESKWV2Y6S5V | 11/13/2021 02:51:17 UTC |
| Amazon - 800 Robux (USD) Sa | 1284 | 9BG87HD2DP9CLKH | 11/13/2021 02:50:39 UTC |
| Microsoft Rewards - 400 Robu | 937 | EFJQQL49TVLAFFX | 01/25/2022 22:22:13 UTC |
| Microsoft Rewards - 200 Robu | 936 | GNFUJ9D8HG44HGY | 01/25/2022 22:21:39 UTC |
| Jaz BB6 BlackHeart | 535 | 674696460886 | 11/05/2021 00:02:23 UTC |
| Jaz BB6 Valkyrie Sword | 527 | 815833935840 | 11/05/2021 00:03:57 UTC |
| Jaz BB6 RockinGuitarHair | 525 | 596537305796 | 11/05/2021 00:08:55 UTC |
| Jaz BB6 PirateMop | 519 | 860782993678 | 11/05/2021 00:03:16 UTC |
| Jaz BB6 OreBowtie | 532 | 192904800849 | 11/04/2021 23:52:19 UTC |
| Jaz BB6 Zombunny Tail | 533 | 280149150235 | 11/04/2021 23:53:29 UTC |
| Jaz BB6 TigerHair | 539 | 637918617849 | 11/05/2021 00:05:42 UTC |
| Jaz BB6 CosminusCosplay | 540 | 994277557844 | 11/04/2021 23:54:24 UTC |
| Jaz BB6 FloatingCrown | 530 | 561829758904 | 11/05/2021 00:04:48 UTC |
| Jaz BB6 NeonPinkWerewolfTa | 526 | 253675721936 | 11/05/2021 00:06:43 UTC |
| Jaz BB6 BalloonTriceratops | 521 | 336138849194 | 11/05/2021 00:07:47 UTC |
| Jaz BB6 IceColdVisor | 537 | 508816392704 | 11/05/2021 00:10:48 UTC |
| Jaz BB FrostbiteCape | 884 | 82230134869 | 12/03/2021 23:28:18 UTC |
| Jaz LP AntlersofUndeadWrath | 720 | 905632520233 | 09/24/2021 23:05:32 UTC |