# EXHIBIT 3

# Roblox Terms of Use

Jan 12, 2022, 6:08:56 AM

Introduction

## Welcome to the Roblox universe, where imagination and creativity rule!

Roblox Corporation ("**Roblox**") offers the Platform (the "**Platform**") and various other features and services, like websites, applications and forums, in order to allow users to play, create and connect (the Platform and all of these various other features and services will collectively be referred to as the "**Services**").

In order to maximize the experience of all users of the Services ("**Users**"), Roblox has established terms and conditions (collectively, the "**Roblox Terms**") that apply to use of the Services by Users.

Certain Roblox Terms may only apply to particular Services, so make sure to read and understand all of them. After all, these Roblox Terms are a legally binding agreement between Users and Roblox.

Lastly, these Roblox Terms use some words specific to the Platform, which are generally capitalized. Unless otherwise defined in these Roblox Terms, you can find definitions for Roblox-specific capitalized words in the Roblox Dictionary.

1. The Roblox Terms

To help get started, the following is a list of the Roblox Terms, as well as a brief description of what and who they cover:

· User Terms – The User Terms apply to all Users of the Services (including Creators) and provide an overview and the associated rules for things like (i) account creation, (ii) using Robux to make purchases, (iii) trading Virtual Items, and (iv) activities prohibited on the Platform. The User Terms also cover some of the more technical legal terms that govern use of the Services, including intellectual property ownership, online safety, disclaimers and other very important legal terms.

· Creator Terms – The Roblox Creator Terms apply to Creators acting in their capacity as Creators and cover things like (i) using Roblox Studio, (ii) selling Experiences and Virtual Items, (iii) using music on the Platform, (iv) activities prohibited on the Platform, and (v) more.

· DevEx Terms – The DevEx Terms apply to those Creators who have been accepted into the Developer Exchange/ Program (the "**DevEx Program**") by Roblox and cover the terms of involvement in the DevEx Program.

· Roblox Community Standards – The Roblox Community Standards apply to all Users of the Services and outline what type of behavior is and is not acceptable when using the Services.

· DMCA Guidelines and Policies – The Roblox DMCA Guidelines and Policies provide instructions regarding what rights holders and Users should do if they encounter content on the Platform that a rights holder or User believes is infringing or otherwise in violation of such rights holder's or User's rights.

· Roblox Name and Logo Community Usage Guidelines – The Roblox Name and Logo Community Usage Guidelines ("**Roblox TM Guidelines**") apply to all Users and cover the terms and conditions under which Users can use certain Roblox intellectual property.

2. Other Guidelines

· Privacy Policy – The Roblox Privacy Policy ("**Privacy Policy**") outlines the terms applicable to User data and Roblox's use of that data.

· Roblox Accessibility Statement – The Roblox Accessibility Statement provides information regarding Roblox's commitment to keeping the Services accessible and usable for people with disabilities and to ensuring a fun, safe and equitable experience for all Users.

· General Health Notice – The General Health Notice provides some information regarding potential health issues that Users may experience while using the Services. Please read this carefully before watching or playing on the Services.

Appendices for the People's Republic of China, Japan and the European Union and the United Kingdom

Please note that supplemental provisions apply to a User's interactions with UGC published on the Platform by China Creators that use Luobu Studio and to a Creator's submission of UGC to the Luobulesi Game for distribution in the People's Republic of China. In those circumstances Appendix A will apply to you. Please also note that the supplemental provisions apply to Users in Japan. If you

are a User in Japan, then Appendix B will apply to you. Please also note that supplemental provisions apply to Users in the EU/EEA and the United Kingdom (altogether referred to as “Europe”). If you are a User in Europe, then Appendix C will apply to you.

Roblox User Terms

These User Terms (the “**User Terms**”) set forth the rules and guidelines that govern use of the Platform and other Services by Users and apply to all Users of the Services. These User Terms, along with the additional Creator Terms, govern, among other things, what is called **User Generated Content** or “**UGC**.” UGC is content of any kind or nature, whether material, assets, or otherwise, that Users (including but not limited to Creators) upload to, create and publish on, or otherwise generate through or make available on the Services. Any User that has caused UGC to be on the Services is subject not only to these User Terms but also to the additional Creator Terms, which are incorporated herein by reference. All Users are also subject to any other applicable Roblox Terms available in the Roblox Legal Terms section.

These User Terms comprise many of the terms applicable to Users, but also contain cross-references to other Roblox Terms that may be applicable to Users (for example, the Roblox Community Standards, so be sure to read and understand those other Roblox Terms as well, since Users are responsible for abiding by them). Any capitalized terms used but not defined in these User Terms are defined in another set of Roblox Terms, so Users should check out the Roblox Dictionary if a User is not sure what a capitalized term means.

1. This is a Legal Agreement

    1. Acceptance of User Terms. When User uses the Services, User agrees to these User Terms and to any other applicable Roblox Terms found in the Roblox Legal Terms. User may not agree to these User Terms or any other Roblox Terms if User is not legally allowed to, or if User is under 18 years old. Users under the age of 18 (“**Minor Users**”) require a parent or legal guardian (a “**Guardian**”) to allow them to use the Services and to agree to these User Terms and the other applicable Roblox Terms. By permitting a Minor User to use the Services, the Guardian of the Minor User becomes subject to these User Terms and any other applicable Roblox Terms and agrees to be responsible for the Minor User’s activities on the Services. If User (or a Minor User’s Guardian, as may be applicable) doesn’t agree to these User Terms or any other Roblox Terms, User may not use the Services.

    2. Changes to Terms. Roblox will provide User with reasonable advance notice of any material updates or modifications to these User Terms and any other Roblox Terms (which, notice may, (i) for Users, be

provided by any reasonable means of notification, including by email or via posting on the Roblox website, www.roblox.com, and (ii) for Users in the DexEv Program, be provided via email), provided that non-material changes (as determined by Roblox) or updates or modifications that address new features of the Services or modifications or updates made for legal reasons will be deemed to be effective immediately and without notice. If User does not agree to any modifications or updates to these User Terms or any other Roblox Terms, User should no longer use the Services. If User uses the Services after Roblox has posted updates to these User Terms or other Roblox Terms, User is agreeing to the updated User Terms and other Roblox Terms. Any Dispute covered by these User Terms or any other Roblox Terms will be handled in accordance with Section 16 of these User Terms.

3. Updates to the Services. Roblox has the right to change or suspend the Services (or any portion thereof) at any time upon notice, which may be via an email to User or through a notice on the Roblox website (and such notice shall be effective immediately after such email is sent or such notice is posted) and without liability to Users. Roblox can change the Services for any reason, including to comply with law, to protect Users or to protect Roblox's reputation. These User Terms and any other applicable Roblox Terms will govern any updates to the Services that Roblox makes or provides to User, unless the update includes a separate license, in which case the terms of that license will govern.

4. Termination of User Terms. In the event of termination of these User Terms or any other Roblox Terms, the rights and duties of Roblox and User to each other will terminate except that all provisions of these User Terms or any other Roblox Terms which are to survive expiration or termination will remain in effect.

2. User Accounts

1. Creating an Account. To access some elements of the Services, Users need to create a Roblox account ("Account"). User agrees to always provide Roblox with true information and to keep that information updated. Remember, Roblox may take steps to make sure that the information Users give Roblox is accurate. A User may never allow anyone else to use a User's Account (except for Guardians in the case of a Minor User). If a User thinks that their Account is not secure, User must tell Roblox immediately by contacting Roblox Support. If

anyone asks for a User's password or personal information, User should report them right away using the "Report Abuse" feature.

2. Account Suspension or Termination. If User violates these User Terms or any other applicable Roblox Terms, User's right to use the Services ends. In response to a violation of these User Terms (or other applicable Roblox Terms) by a User, Roblox may also (i) suspend or terminate a User Account or a User's access to the Services, or (ii) remove any Virtual Items or other content that the User has on the Services. Roblox may also terminate a User Account pursuant to its policy of terminating in appropriate circumstances Users who Roblox determines, in its sole discretion, are repeat infringers as contemplated by the Digital Millennium Copyright Act. Users in violation of these User Terms or any other applicable Roblox Terms will not be entitled to anything from Roblox – so all Users should make sure to follow the rules! For any Minor Users, a Guardian may ask Roblox to terminate the Minor Users Account by contacting Roblox Support.

3. Robux

1. What are Robux? "Robux" is the official currency of the Platform and can be used by Users to purchase things, like Virtual Items and access to Experiences, on the Platform. Robux do not have any value in real currency (except through the DevEx Program, described further in the DevEx Terms), which means they are not a substitute for real currency and they don't earn interest. Except as otherwise outlined in the Roblox Terms, Robux can't be redeemed for any other currency and Roblox is not obligated to exchange User's Robux for anything else of value. **Remember: Only those over the age of 18 may purchase Robux or engage in other real-money transactions on the Platform.**

2. License to Use Robux. When User buys Robux, User receives only a limited, non-refundable, non-transferable (except as specifically set out in Section 4 below and in Section 2 of the Creator Terms), revocable license to use Robux only for User's personal entertainment, in connection with the Services, and in the ways permitted by Roblox in the applicable Roblox Terms. User's license to use Robux will end when these User Terms or User's Account terminates, or in any other way outlined in the Roblox Terms.

3. Ways to Get Robux.Users may get a limited license to use Robux: (i) by purchasing or otherwise receiving Robux from Roblox; (ii) by buying memberships that include an amount of Robux; (iii) by selling

UGC on the Services (as described in Section 2 of the Creator Terms); (v) by trading Virtual Items with other Users (as further described in Section 4(d) below); or (vi) through other ways that Roblox may sometimes offer.

4. Robux Are Non-Refundable. All payments for Robux are final and not refundable, except as required by law. Users may not use or distribute Robux except through the Services and as expressly allowed by Roblox. Any use or attempted use of Robux in violation of the Roblox Terms will be void (i.e. automatically cancelled) and may result in immediate termination of User's Account and of User's right to use Robux. Roblox does not recognize or take responsibility for third-party services that allow Users to sell, transfer, or otherwise use Robux and any such use by a User is a violation of the Roblox Terms.

5. Robux Can Change. Roblox may put limits on Robux (e.g. how much a User can own) or do things that change the perceived value of Robux (e.g. lowering the cost to buy them) at any time. Except for the limited licenses granted in these User Terms, Roblox has and retains all rights in Robux. This includes the right to modify, revoke, or terminate a User's license to use Robux without notice, payment, or liability to User. Roblox does not make any guarantees regarding Robux, or their availability, quality or value.

4. The Roblox Economy

1. Buying Stuff Through the Services. Solely through the Services, Users can make payments (as the "Buyer") using Robux to purchase Virtual Items, Experiences and other things sold by Roblox or Creators. Only adults over the age of 18 are allowed to make payments through the Services. **If a User is a Minor User, all payments must be completed by the User's Guardian.**

1. Buying Stuff from Creators. When a Buyer purchases something from a Creator, the Robux payment will be collected through the Services on behalf of the Creator, but if the Buyer is making a deal directly with the Creator then the terms of the deal are between the Buyer and the Creator.

2. Buying Stuff from Roblox. When a Buyer purchases something from Roblox, Buyer is making payments directly to Roblox. All payments made to Roblox are final and, unless otherwise permitted by Roblox through its policies or practices, non-refundable.

3. Promises and Responsibilities Associated with Making Payments. User (or User's Guardian, as applicable) promises that User has the right to use User's selected payment method and that User's payment method has enough credit available to complete the applicable payment. If User believes someone has gained access to or used their Account without permission, User must notify Roblox as soon as possible by contacting Roblox Support. Roblox has the right to close any Account with unauthorized charges.

2. Buying Roblox Premium Memberships. When a User buys Roblox Premium, a renewing subscription, User agrees that Roblox Premium will automatically renew and that Roblox is authorized to charge User accordingly until User cancels the subscription. Roblox will notify Users of any price increases or changes to the subscription terms (such notification may be via any reasonable means, including a message on the Platform). User can cancel Roblox Premium at any time by following the instructions available here. If a User cancels Roblox Premium, User can still enjoy it for the period of time User already paid for – so enjoy! **Remember: Only those over the age of 18 may purchase Robux or engage in other real-money transactions on the Platform.**

3. Removing Items and UGC From the Services; No Refunds. Roblox has the right, in its discretion, to suspend the availability of, or remove from the Services, any content (including Experiences, Virtual Items and any other UGC) without advance notice. Roblox is not liable for any losses User takes as a result of such suspension or removal, and Roblox is not required to refund any Robux or other funds that User has spent on any removed or suspended content.

4. Trading on the Platform: Roblox allows Users to trade Virtual Items on the Platform. Virtual Items can be traded for other Virtual Items, or for a combination of Robux and Virtual Items. When Users engage in a trade on the Platform, Roblox is entitled to a fee equal to 30% of the total amount of Robux exchanged in the transaction. If no Robux are exchanged as part of the trade, Roblox will not receive any fee in connection with the transaction.

5. Digital Millennium Copyright Act

1. Notice. We respect the intellectual property rights of others and we ask you to do the same. If you are a copyright owner or an agent of a

copyright owner and believe that any content on the Services infringes upon your copyrights, you may submit a notification pursuant to the Digital Millennium Copyright Act (**"DMCA"**) by contacting our Copyright Agent at copyright_agent@roblox.com or Legal, 970 Park Place, Suite 100, San Mateo, CA 94401. You may also contact us by phone at (888) 858-2569. You acknowledge that if you fail to comply with all of the requirements of this Section 5(A), your DMCA notice may not be valid. You must provide the following information in writing (see 17 U.S.C 512(c)(3) for further detail):

1. An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other right being infringed;

2. A description of the copyright-protected work or other intellectual property right that you claim has been infringed;

3. A description of the material that you claim is infringing and where it is located;

4. Your address, telephone number, and email address;

5. A statement by you that you have a good faith belief that the use of those materials is not authorized by the copyright owner, its agent, or the law; and

6. A statement by you that the above information in your notice is accurate and that, under penalty of perjury, you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

2. Counter-Notice. Regarding any content that was removed or disabled, if you believe that your content is not infringing or that you have the authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to post and use the material in your content, you may send a counter-notice to our Copyright Agent. When our Copyright Agent receives a counter-notice, we may send a copy of the counter-notice to the original complaining party informing that party that we may, in 10 business days, replace the removed content or stop disabling it. Unless the copyright owner files an action seeking a court order against the provider of the content, the removed content may be replaced or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, in our sole discretion.

3. Repeat Infringer Policy. Roblox's intellectual property policy is to: (i) remove or disable access to material that Roblox believes in good faith, upon notice from an intellectual property rights owner or his or her agent, is infringing the intellectual property rights of a third party by being made available through the Services; and (ii) in appropriate circumstances, to terminate the Accounts of and block access to the Services by any User who repeatedly or egregiously infringes other people's copyrights or other intellectual property rights.

4. Trademark Infringement

    1. Our policies prohibit you from Providing UGC that infringes trademarks. If you Provide UGC that infringes trademarks, your UGC can be blocked or removed.

    2. If you are a trademark owner that believes your trademark is being infringed, please note that we are not in a position to mediate disputes between users and the holders of trademark rights. That being said, we take your rights seriously. So, we will look into and try to resolve any allegations of trademark infringement. Therefore, if you feel that your trademark rights are being infringed, contact our Trademark Agent at copyright_agent@roblox.com or Legal, 970 Park Place, Suite 100, San Mateo, CA 94401. When you contact us, please provide the following information in writing:

        1. An electronic or physical signature of the person authorized to act on behalf of the owner of the trademark;

        2. A description of the trademark right that you claim has been infringed;

        3. A description of the material that you claim is infringing and where it is located;

        4. Your address, telephone number, and email address;

        5. A statement by you that you have a good faith belief that the use of those materials is not authorized by the trademark owner, its agent, or the law; and

        6. A statement by you that the above information in your notice is accurate and that, under penalty of perjury, you

are the trademark owner or authorized to act on the copyright or intellectual property owner's behalf.

6. Restrictions on Use Of Services

In addition to any other restrictions set forth in these User Terms or any other Roblox Terms, Users may not (a) lease, lend, sell, redistribute or sublicense any part of the Services, (b) copy, modify, distribute, publicly perform or display, reverse engineer, disassemble, modify, or create derivative works of the Services or related or implemented technology, (c) try to get around any technological measure designed to protect the Services or any technology associated with the Services, (d) reverse engineer, disassemble, decompile, decode, adapt, or otherwise attempt to derive or gain access to any Services source code, in whole or in part (unless a portion of code contained within the Services is released as open source and the open source license governing such code expressly permits reverse engineering, copying or other modification), (e) use the Services to create malicious or abusive content (as determined by Roblox) or any content that violates a Roblox guideline or policy; or (f) use the Services (or any part thereof or any technology contained therein) in any manner that infringes, misappropriates, or otherwise violates any intellectual property right or other right of any person, or that violates any applicable laws.

7. Disputes Between Users and Creators

1. Disputes Between User and Creators. If a User has any issues with Experiences, Virtual Items or other UGC created by Creators, User should first contact the Creator directly to resolve the issue.

2. Escalation to Roblox. While Roblox is not responsible for these types of issues between Users and Creators, Roblox wants to make sure that everyone enjoys the Platform and Services. As a result, Roblox has the right (but not obligation) to intervene in issues between Users and Creators so that Roblox can try to help resolve them. Before escalating any issues between a User and Creator to Roblox, Users should first make a real, genuine effort to work out a solution with the Creator. If User does not succeed, User may escalate the issue to Roblox's Customer Service team by completing the form at https://www.roblox.com/support. If Roblox chooses to take action in any dispute between a User and Creator, User and Creator agree that Roblox's decision (which may include deducting Robux from the Creator and crediting Robux to the User) is final and Creator and User will accept that decision. User agrees to work with Roblox in a timely

manner to resolve all such issues, and failure to do so is a violation of these User Terms.

8. Disputes Between Users & Roblox

Disputes between Users and Roblox are handled according to Section 16 of these User Terms.

9. License to the Services

Subject to Users compliance with these User Terms and any other Roblox Terms, Roblox grants User a non-exclusive, limited, revocable, non-transferable license to use the Services on devices that User owns or controls for User's personal, entertainment use, including the right to download and use, in connection with the Services, software that Roblox makes available for download as part of the Services, in object code form only.

10. Ownership of Roblox IP/UGC Created Within an Experience

The interfaces, graphics, trademarks, design, information, artwork, data, code, products, software, and all other elements of the Services, including the rights therein and any derivatives, (the "**Roblox Intellectual Property**" or "**Roblox IP**") are protected by law. All Roblox IP is the property of Roblox and Roblox's licensors. Roblox IP includes UGC licensed to Roblox by Creators under the Creator Terms. Except as allowed in these User Terms or any other Roblox Terms, User may not use any Roblox IP contained in the Services unless User gets separate permission from the owner. Roblox reserves all rights to the Roblox IP not granted in these User Terms or elsewhere in the Roblox Terms. Some Experiences also allow for independent UGC creation within the Experience by Users of that Experience. Such Users who separately create UGC within an Experience hereby grant Roblox and the Creator of the applicable Experience a worldwide, perpetual, royalty free and irrevocable right and exclusive license to use and exploit that UGC in any manner or media without any obligation, including any obligation to pay royalties or other compensation to any person or party.

11. Other People or Companies' Stuff

1. Third-Party Services. Some parts of the Services may include or make available content, tools or other materials from third parties (i.e., people or companies other than Roblox) ("**Third-Party Services**"). Depending on User's age, this could include links to other websites, features that let Users link User Accounts to other accounts (like Facebook), or third-party buttons (e.g., "like" or "share" buttons). As

described in this Section 11, Roblox doesn't control or take responsibility for Third-Party Services (including how those third parties use User information). User understands that using the Services could subject User to third-party fees, terms, and/or policies, such as a privacy policy, and User agrees to pay all those fees and to follow those terms and policies.

2. Third-Party Services Disclaimer. User understands that by using the Services, User may come across Third-Party Services that (i) may be considered offensive, or objectionable, (ii) may or may not be identified as having explicit language, (iii) may contain links or references to objectionable material, and (iv) may not be available in all countries or languages. User agrees to use the Services at User's own risk and that Roblox will not have any liability to User for content (including Third-Party Services) that may be found to be offensive, inaccurate, illegal, unavailable, of poor quality or otherwise.

12. Online Safety

Roblox cares about the safety of Users. If User sees any content or materials on the Services that appears to recruit, entice, advertise, or solicit any person to perform a sexual or violent act, please use the Customer Support Form and select the User Safety Concern help category to immediately report the User and situation.

13. Disclaimers; No Warranties

1. UGC Disclaimer. Except as may be required by applicable law, Roblox is not liable for, nor is Roblox obligated to edit or control, UGC that Creators or others upload or otherwise make available on the Services. Roblox may, however, at any time and without notice, and without any obligation to User, remove, edit, or block or suspend the availability of any UGC that Roblox thinks violates the Roblox Terms or is otherwise objectionable. User understands that when using the Services, User will see UGC from a variety of sources and understands that UGC could be inaccurate, offensive, or objectionable. User agrees to waive, and does waive, any legal or equitable right or remedy that User has or may have against Roblox regarding UGC. If notified by a User or content owner that UGC allegedly violates the Roblox Terms, Roblox may investigate and decide whether to remove the UGC (which Roblox can do at any time, without notice).

2. "As Is." THE SERVICES AND ALL MATERIALS AND CONTENT AVAILABLE THROUGH THE SERVICES ARE PROVIDED "AS IS"

AND ON AN “AS AVAILABLE” BASIS, WITHOUT WARRANTY OR CONDITION OF ANY KIND, EITHER EXPRESS OR IMPLIED. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ROBLOX AND ROBLOX’S OFFICERS, DIRECTORS, EMPLOYEES, CONSULTANTS, AFFILIATES, INVESTORS, BUSINESS PARTNERS, SUBSIDIARIES AND AGENTS (TOGETHER, THE “AFFILIATED PARTIES”) DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, RELATING TO THE SERVICES AND ALL MATERIALS AND CONTENT AVAILABLE THROUGH THE SERVICES, INCLUDING: (A) ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, QUIET ENJOYMENT, OR NON-INFRINGEMENT; AND (B) ANY WARRANTY ARISING OUT OF COURSE OF DEALING, USAGE, OR TRADE. THE AFFILIATED PARTIES DO NOT WARRANT THAT THE SERVICES OR ANY PART OF THE SERVICES, OR ANY MATERIALS OR CONTENT OFFERED THROUGH THE SERVICES, INCLUDING, WITHOUT LIMITATION, ANY TRANSLATIONS OF CONTENT, WILL BE UNINTERRUPTED, SECURE, OR FREE OF ERRORS, VIRUSES, OR OTHER HARMFUL COMPONENTS, AND DO NOT WARRANT THAT ANY OF THOSE ISSUES WILL BE CORRECTED.

3. No Responsibility. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY USER FROM ROBLOX OR ANY MATERIALS OR CONTENT AVAILABLE THROUGH THE SERVICES WILL CREATE ANY WARRANTY REGARDING ANY OF THE AFFILIATED PARTIES OR ROBLOX THAT IS NOT EXPRESSLY STATED IN THE ROBLOX TERMS. USER ASSUMES ALL RISK FOR ANY DAMAGE THAT MAY RESULT FROM USER’S USE OF OR ACCESS TO THE SERVICES, USER’S DEALING WITH ANY OTHER USERS ON THE SERVICES, AND ANY MATERIALS OR CONTENT AVAILABLE THROUGH THE SERVICES. THESE LIMITATIONS APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW.

14. General Limitations of Liability

1. No Consequential Damages. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL ROBLOX AND THE AFFILIATED PARTIES BE LIABLE TO USER FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES (INCLUDING DAMAGES FOR LOSS OF PROFITS, GOODWILL, OR ANY OTHER INTANGIBLE LOSS)

ARISING OUT OF OR RELATING TO USER'S ACCESS TO OR USE OF, OR USER'S INABILITY TO ACCESS OR USE, THE SERVICES OR ANY MATERIALS OR CONTENT ON THE SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), STATUTE, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT ROBLOX HAS BEEN INFORMED OF THE POSSIBILITY OF DAMAGE.

2. Cap. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, USER AGREES THAT THE AGGREGATE LIABILITY OF ROBLOX AND THE AFFILIATED PARTIES TO USER FOR ALL CLAIMS ARISING OUT OF OR RELATING TO THE USE OF OR ANY INABILITY TO USE ANY PART OF THE SERVICES OR OTHERWISE UNDER THE ROBLOX TERMS, WHETHER IN CONTRACT, TORT, OR OTHERWISE, IS LIMITED TO $1,000 (EXCEPT AS NOTED IN THE ARBITRATION SECTION OR AS OTHERWISE SET FORTH IN THE CREATOR TERMS).

15. General Indemnities

User agrees that User will be responsible for User's use of the Services, and User agrees to defend and indemnify Roblox and the Affiliated Parties from and against every claim, liability, damage, loss, and expense, including reasonable attorneys' fees and costs, arising out of or in any way connected with: (a) User's access to, use of, or alleged use of the Services; (b) User's violation of any part of the Roblox Terms, any representation, warranty, or agreement referenced in the Roblox Terms, or any applicable law or regulation; (c) User's actual or alleged violation of any third-party right, including any intellectual property right, publicity or privacy right, property right, or confidentiality obligation; or (d) any Dispute or issue between User and any third party. Roblox reserves the right, at Roblox's own cost, to take on the exclusive defense and control of any matter subject to indemnification by User (without limiting User's indemnification obligations with respect to that matter), and in that case, User agrees to cooperate with Roblox defense of that claim.

16. Dispute Resolution, Arbitration and No Class Actions

1. Disputes. If there is a Dispute about something covered by the Roblox Terms, it will be handled based on the version of the Roblox Terms that applied when the Dispute happened. "Dispute" means any dispute, action, or claim relating to any part of the Roblox Terms, including those that come up after the Roblox Terms or User's Account terminates. Stay up to date by checking the Roblox Terms

2. No Class Actions and Severability. USER AND ROBLOX AGREE THAT NEITHER PARTY CAN BRING A CLAIM AGAINST THE OTHER AS A PLAINTIFF OR MEMBER OF A CLASS OR AS PART OF ANYTHING ELSE WHERE SOMEONE ACTS IN A REPRESENTATIVE CAPACITY, EXCEPT AS OTHERWISE PROVIDED BY THE GDPR. USER AND ROBLOX AGREE THAT IF THE CLASS ACTION WAIVER OR ANY PART OF THIS SECTION 16 IS FOUND TO BE ILLEGAL OR UNENFORCEABLE AS TO ALL OR SOME PARTS OF A DISPUTE, THOSE PARTS WILL BE SEVERED AND PROCEED IN A COURT OF LAW, AND THE REMAINING PARTS WILL PROCEED IN ARBITRATION.

3. Arbitration of Disputes.

   1. Agreement to Individual Arbitration. If User and Roblox are in a Dispute, other than for those Disputes listed below, User and Roblox agree to first try to work things out through informal discussions for at least 60 days. Those informal discussions will start when written notice is sent from User to Roblox or from Roblox to User. Roblox will send User notice to the email address or billing address that User provided to Roblox. User will send notice to Roblox Corporation, Legal Department, 970 Park Place, Suite 100, San Mateo, CA 94403. If, after 60 days, User and Roblox cannot work things out, User and Roblox each agree to handle all Disputes between User and Roblox or Roblox's affiliates, (except those exceptions specifically set out in Section 16(d) below and Disputes related to Roblox's intellectual property rights) through binding arbitration by a neutral arbitrator and that the arbitrator has the exclusive right to resolve any Dispute, including whether any part of the Roblox Terms is void or voidable.

   2. Arbitration Rules. The arbitrator's decision will be final except for a limited right of appeal under the U.S. Federal Arbitration Act. USER AGREES THAT USER IS GIVING UP THE RIGHT TO LITIGATE A DISPUTE IN COURT BEFORE A JUDGE OR JURY, INCLUDING IN A CLASS ACTION. Arbitration will be overseen by the American Arbitration Association ("AAA") under its Consumer Arbitration Rules ("AAA Rules"). User can find more information at www.adr.org. The arbitrator may award User damages, just like a court could, but only to the extent necessary to satisfy User's individual claim.

3. Fees and Location. If User starts arbitration as described in these User Terms, Roblox will pay User back the cost of User's filing fee, unless User's claim is for more than $10,000 or User's claim is deemed frivolous or brought for an improper purpose as described in the AAA Rules, in which case payment of any fees will be decided by the AAA Rules. Any arbitration hearing will take place at an agreed upon place in San Mateo County, California, but if the claim is for $10,000 or less, User may choose whether the arbitration will be conducted: (1) only by documents submitted to the arbitrator; (2) by telephone hearing; or (3) by an in-person hearing under AAA Rules in the county of User's billing address. Regardless of how arbitration is conducted, the arbitrator must issue a written decision explaining the findings and conclusions that their decision is based on.

4. Settlement Offers. During arbitration, if Roblox makes User (or User makes Roblox) a settlement offer, the amount of the offer may not be shared with the arbitrator until after they make a final decision and award. If User wins the arbitration and is awarded more than the amount reflected in Roblox's last written settlement offer, Roblox will pay User the higher of: (a) the arbitrator's award or (b) $10,000.

4. Disputes Excluded from Arbitration. User and Roblox agree that nothing in the Roblox Terms will be deemed to waive or otherwise limit Roblox's or User's right to: (i) bring an individual action in small claims court; (ii) pursue an enforcement action through a government agency where available; (iii) seek injunctive relief in a court of law; (iv) seek remedy under the GDPR; or (v) file suit in a court of law to address an intellectual property infringement claim or to uphold an arbitrator's decision made under the Roblox Terms. For the scenarios listed in this Section 16(d), Roblox and User are not required to follow the informal discussion procedures in Section 16(c) above.

5. Governing Law. The Roblox Terms are governed by the laws of the State of California without regard to conflict of law principles. With respect to any court proceeding allowed under the Roblox Terms, User consents to the exclusive jurisdiction and venue of the state and federal courts sitting in the Northern District of California for the purpose of litigating any Dispute, except as otherwise provided by the GDPR.

17. Third Party Notices

1. Apple Notice. If User is using the Roblox mobile application ("App") on an iOS device, User also acknowledges and agrees to the terms of this Section. The Roblox Terms are between User and Roblox only, not with Apple, and Apple is not responsible for the Services and the content of the Services. Apple has no obligation whatsoever to provide any maintenance and support service with respect to the Services. If the Services fail to meet the applicable warranty, User may notify Apple and Apple will refund any applicable purchase price for the App to User. Apple has no other warranty obligation whatsoever with respect to the Services. Apple is not responsible for addressing any claims by User or any third party relating to the Services or User's use of the Services, including: (a) product liability claims; (b) any claim that the Services fail to meet any applicable legal or regulatory requirement; and (c) claims arising under consumer protection or similar legislation. Apple is not responsible for the investigation, defense, settlement and discharge of any third-party claim that the Services or User's use of the App infringe that third party's intellectual property rights. User agrees to comply with any applicable third-party terms when using the Services. Apple and Apple's subsidiaries are third-party beneficiaries of the Roblox Terms, and when User accepts the Roblox Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the Roblox Terms against User as a third-party beneficiary. User hereby represents and warrants that (i) User is not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; and (ii) User is not listed on any U.S. Government list of prohibited or restricted parties.

2. Autodesk Notice.Studio contains Autodesk® FBX® code developed by Autodesk, Inc. Copyright 2016 Autodesk, Inc. All rights reserved. This code is provided "as is" and Autodesk, Inc. disclaims any and all warranties, whether express or implied, including the implied warranties of merchantability, fitness for a particular purpose or non-infringement of third party rights. In no event will Autodesk, Inc. be liable for any direct, indirect, incidental, special, exemplary, or consequential damages (including obtaining substitute goods or services; loss of use, data, or profits; or business interruption) however caused and on any theory of liability, whether in contract, strict liability, or tort (including negligence or otherwise) arising in any way out of such code.

18. Notice to California Residents

1. Complaints. If User is a California resident, under California Civil Code Section 1789.3, User may contact the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs in writing at 1625 N. Market Blvd., Suite S-202, Sacramento, CA 95834, or by phone at (800) 952-5210 in order to resolve complaints regarding the Services or to get more information regarding use of the Services.

2. Minors. If User is a California resident under the age of 18, User may ask Roblox (and Roblox will comply) to remove certain personal content that User has publicly posted to the Services. This generally includes personal information, but does not include anonymized information, or UGC that User provides (since User has received consideration for providing it). To make such a request, complete the Customer Support Form. User's request must include User's username and a specific description of the content that User wants removed so that Roblox can find it. Roblox will not accept requests via postal mail, phone or fax and may not be able to respond if User provides incomplete information. If User makes a request, it is not a guarantee that the information User posted will be completely removed and there may be circumstances in which the law does not require or allow removal, even if User makes a request.

19. Miscellaneous Terms

1. General. These User Terms, together with the other Roblox Terms, make up the entire agreement between User and Roblox regarding the Services. User may not assign the Roblox Terms or User's rights under the Roblox Terms, by operation of law or otherwise, without Roblox's prior written consent. Roblox may assign the Roblox Terms at any time to anyone without notice or consent. This agreement is binding on and inures to the benefit of Roblox's and User's respective successors and assigns. If any part of the Roblox Terms is held to be invalid or unenforceable, the unenforceable part will be given effect to the greatest extent possible (or, if it cannot legally be given any effect, will be severed from the Roblox Terms), and the remaining parts will remain in full force and effect. Nothing in the Roblox Terms will be deemed to confer any rights or benefits on a third party (other than Apple as noted in the "Notice Regarding Apple" section). USER AND ROBLOX AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ARISES OR IT IS PERMANENTLY BARRED.

2. Survival. Any part of the Roblox Terms which by their nature should survive the termination of the Roblox Terms, will survive such termination, including Sections 6, 7, 8, 10, 11(b), 13, 14, 15, 16 and 19.

3. Waiver. No waiver of any part of the Roblox Terms by either User or Roblox shall be deemed a continuing or further waiver of any such part or any other part of the Roblox Terms, and Roblox's or User's failure to assert any rights or part of the Roblox Terms shall not be deemed or otherwise constitute a waiver of such right or part.

4. Interpretation. The section headers in the Roblox Terms are for convenience and will not impact the interpretation of the Roblox Terms. Be aware that in all cases where Roblox is allowed to make a decision under the Roblox Terms, that decision is completely up to Roblox. Also, User understands that the Roblox Terms are subject to applicable law, meaning that they apply except to the extent otherwise prohibited or required by applicable law. Unless the context dictates otherwise, whenever the word “including,” or similar is found in the Roblox Terms, it means “including, without limitation” and whenever the word “or,” is found in the Roblox Terms, it means “and/or.”

5. Consent to Online Communications. By using the Services, User agrees to receive certain electronic communications from Roblox as described in the Privacy Policy (which User should read for more information). User agrees that any notices, agreements or other messages that Roblox sends to User electronically will satisfy any legal requirements.

6. Compliance with Laws. When using the Services, User will comply with all applicable laws. User will not directly or indirectly export, re-export, or transfer the Services to prohibited countries or individuals (or allow either to use the Services).

7. Contact Information. The Services are offered by Roblox Corporation located at 970 Park Place, Suite 100, San Mateo, CA 94403. User can contact Roblox by sending any messages to that address, completing the Customer Support Form (https://www.roblox.com/support), or by calling Roblox at (888) 858-2569. If User is a California resident, User may have the Roblox Terms e-mailed to User by sending a request including User’s e-mail address to the address above.

8. Prevailing Language. To the extent any of the Roblox Legal Terms are made available in multiple language, in case of any discrepancies

or conflicts between the English version of the Roblox Legal Terms and any other language version of the Roblox Legal Terms, the English version of the Roblox Legal Terms will govern and prevail.

Roblox Creator Terms

Creators are the heart of the Roblox community, and Roblox created these Creator Terms (the "Creator Terms") to set forth the rules and guidelines for Creators - those Users (like you!) who create content and publish it on the Platform.

These Creator Terms comprise many of the terms applicable to Creators, but also contain cross-references to other Roblox Terms (such as the Roblox Community Standards) that are applicable to Creators, so be sure to read and understand those other Roblox Terms as well. Creators are also required to abide by the User Terms, both in their capacity as a Creator and also as a User of the Platform. Any capitalized terms used but not defined in these Creator Terms are defined in another set of Roblox Terms, so Creators should check out the Roblox Dictionary if a Creator is not sure what a capitalized term means.

Please note that supplemental provisions apply to a User's interactions with UGC published on the Platform by creators that use Luobu Studio and to a Creator's submission of UGC to the Luobulesi Game for distribution in the People's Republic of China. In those circumstances Appendix A will apply to you. Please also note that the supplemental provisions apply to Users in Japan. If you are a User in Japan, then Appendix B will apply to you. Please also note that supplemental provisions apply to Users in the EU/EEA and the United Kingdom (altogether referred to as "Europe"). If you are a User in Europe, then Appendix C will apply to you.

1. Intellectual Property

    1. Rights to Roblox Services.

        1. Ownership of Roblox Intellectual Property. Terms outlining the ownership of Roblox Intellectual Property are set forth in Section 9 of the User Terms.

        2. Studio Ownership & License. Roblox owns or controls all rights in Studio and all elements contained therein. Subject to Creator's compliance with these Creator Terms, Roblox grants Creator a non-exclusive, revocable, non-sublicensable, and non-transferable license to use Studio solely for the purpose of creating, developing, modifying, uploading, and releasing Creator's UGC on the Platform (the "Studio License"). Creator may only use Studio in a way consistent with these Creator Terms.

3. Template Ownership & License. “Templates” are made available by Roblox (generally via Studio) and serve as a starting point that Creators can use to more easily create UGC. Roblox owns or controls all rights in all Templates and all elements contained therein and makes Templates available to Creator pursuant to the Studio License. Creator may only use Templates in a way consistent with these Creator Terms and using a Template does not give Creator any ownership rights in that Template.

4. Other Roblox Content Ownership & License. Subject to Creator’s compliance with the Creator Terms, Roblox grants Creator a non-exclusive, limited, revocable, non-transferable license to use other content that Roblox develops and makes available on the Platform solely for use on the Platform in Creator’s UGC (the “Other Content License”). Creator will not be entitled to any payment or other compensation for Creator’s use of any content (including any such content that Creator may modify or enhance) that Roblox has created or developed or otherwise uses on the Platform.

5. Roblox Trademark License. Roblox hereby grants to Creator a non-exclusive, personal, limited, revocable, non-transferable right to use Roblox trademarks, whether registered or unregistered, solely for use on the Roblox Platform in connection with Creator’s Experience(s), including in the title of an Experience, or in connection with a Virtual Item. The use by Creator of any Roblox trademarks is subject to the Roblox TM Guidelines and all other Roblox policies and guidelines and the Roblox Terms. All goodwill arising from any use by Creator of any Roblox trademarks will inure solely to Roblox. Use by Creator of any Roblox trademarks off of the Roblox Platform (including a trademark that may be contained in the title of a Creator’s Experience) are only permitted as set forth in the Roblox TM Guidelines.

6. Termination of Licenses to Creator. Roblox reserves the right to terminate the Studio License, Template License, Other Content License and Roblox Trademark License at any time and for any reason.

7. Groups. Through the Services, you may have the opportunity to join a Group (as defined below). The individual or entity

controlling or owning the email address for a Group will be deemed the owner of the Group for all purposes (the "Owner"). The Owner may choose (in that person's sole discretion) to make a different person the new Owner (in such case the new owner shall be considered the Owner). If the Owner's account is terminated pursuant to these Creator Terms, Roblox may, in its sole business judgment, determine who is the rightful person to be made the new Owner of the Group (and that user shall be considered the Owner); provided, however, that nothing will obligate Roblox to designate a new Owner if Roblox in its sole business judgment determines to terminate a Group. By participating in a Group, you hereby grant the Owner of the Group, as such Owner may change over time, the sole and exclusive authority to act on your behalf to authorize Roblox to use any UGC created by the Group as set forth in these Creator Terms or pursuant to any other agreement entered into between the Owner and Roblox. An Owner and the members of a Group may separately agree upon how the Owner may exercise the authority granted to such Owner in these Creator Terms or how the members of a Group may allocate amongst themselves any payments that may be made to the Owner for any activities undertaken or UGC created by the Group, but in any event Roblox will make any payments due for any activities undertaken or UGC created by the Group solely to the Owner of the Group. You hereby waive any claims that you may have against Roblox for any payments made to an Owner by Roblox, and you agree to seek recovery of any payments due you solely from the Owner of any Group of which you are a member. Except as may be provided at law, any duty of accounting between an Owner of a Group and members of such Group will arise solely pursuant to a written agreement among the Owner of a Group and its members, and Roblox will not be bound by any agreement among the Owner and members. Any reference to "you" in this Section 1(a)(vii) shall, in the case of a Group, only mean the Owner. A "Group" exists where Creators have joined together to register as a group, via a single email address, on the Services in order to release a game or content via the Services. For corporate accounts, the company (or other legal entity) named on the account is considered to be a Group.

2. Rights to UGC

1. Ownership of UGC and License Grant to Roblox. For any UGC that Creator has ever created or will create and makes available through the Services (whether created solely by Creator or together with others), (a) between Creator and Roblox or Creator and Users, subject to Section 1(b)(vi) below, Creator retains all copyrights that Creator may hold in the UGC, (excluding any Roblox IP that may be contained therein) and (b) in consideration of using the Services and Creator’s potential to earn Robux, Creator grants Roblox a perpetual, worldwide, non-exclusive, royalty-free right and license (with the right to sublicense to any person or entity, whether a user of the Services or not) to host, store, transfer, translate, localize, publicly display, publicly perform (including by means of digital audio transmissions and on a through-to-the-audience basis), reproduce (including in timed synchronization to visual images), modify, enhance, distribute, and use the UGC that Creator uploads or makes available on the Services in whole or in part (and any trademarks owned or controlled by Creator that are associated with and uploaded to Roblox by the Creator for use with Creator’s UGC), (i) to make the UGC available on the Services (and to make the Services themselves available) as contemplated in the Roblox Terms; (ii) to allow Users to use that UGC to create their own Experiences and other UGC without any obligation to the Creator (where the Creator grants permission, as further described below, to share Creator's content at the time of upload of such context); and (iii) in any media or channel of distribution now known or hereafter developed in connection with the publicity and marketing of the Services or Roblox as permitted herein, even if Creator has exercised a right to be forgotten under the GDPR or equivalent right under other privacy laws (collectively, the “UGC License”). Roblox’s right to market and advertise the Services or Roblox using Creator’s UGC (an “Ancillary Use”) will not include using such UGC in marketing and advertising that is focused solely on promoting Creator’s UGC (as reasonably determined by Roblox) as part of the Services without Creator’s approval, but Roblox can generally reference, as determined by Roblox, Creator’s UGC with other UGC or material (and without Creator’s approval) to promote, market or advertise the Services or Roblox. Roblox may also use Creator’s UGC for non-commercial and educational uses to promote the Services (and Roblox will reasonably determine whether a use is non-

commercial or educational). Other than the potential to earn Robux, Roblox is not required to give Creator any attribution or compensation for any reason nor is Roblox required to use the license Creator grants in this Section 2(b)(i) or exploit any of the rights granted herein. Creator retains the right to delete or update any or all content within an Experience at any time and at Creator’s discretion (and Creator will delete or update such content if required by law) provided that regardless of any such update or deletion having occurred, and regardless of any termination of these Creator Terms or termination or suspension of Creator’s Account: (i) Virtual Items created by Creator which were validly purchased or otherwise validly obtained by Users may continue to be accessed and used by such Users indefinitely in accordance with and subject to the terms and policies of the Services; and, (ii) Roblox’s right to use any UGC or other content that is already in use by Roblox pursuant to a license or otherwise in accordance with these Roblox Terms or already in use by Roblox as part of an Ancillary Use shall continue in perpetuity. When uploading certain UGC onto the Service, Creator may be asked if Creator would like to share such UGC with other Users. Creator is not required to share Creator's UGC, but if Creator does agree to grant this right then other Users may use Creator's UGC to create their own Experiences and other UGC on the Service without any obligation to Creator. Where Creator’s Virtual Items are sold or otherwise provided to a User, Creator agrees that, pursuant to the rights granted to Roblox herein and regardless of whether the Virtual Items were sold or provided by Creator to the User, Roblox may allow the User to continue to access and use such Virtual Items indefinitely (in accordance with and subject to the terms and policies of the Services) even if the Virtual Items are no longer otherwise accessible on the Platform. Roblox’s rights under this license shall expressly survive if Creator's Account is terminated due to Creator's breach or violation of any of the Roblox Terms.

2. Through-To-The-Audience Rights. The rights Creator grants in these Creator Terms are provided on a through-to-the-audience basis, meaning the owners or operators of third-party services won’t have separate liability to Creator or anyone else for UGC that Creator has made available on the Services or used on those third party services via Roblox’s Services.

3. Ownership or Authorization Required to Upload. Creator must not upload or otherwise make any UGC available on the Services if Creator is not the owner of or is not fully authorized to grant rights in all parts of that UGC. Without limiting Creator's obligations under Section 8 of these Creator Terms (and all other obligations set forth in the Roblox Terms), Creator agrees to pay all amounts owed to any person as a result of Creator uploading or making UGC available on the Services.

4. Suspension of UGC Availability. Roblox may in its discretion suspend availability of or delete any UGC or other content on the Platform at any time and for any period of time, including in perpetuity, without notice if such UGC or other content violates intellectual property principles or any guidelines or policies associated with the Services or if Roblox determines in its discretion that any UGC does or may cause harm to the Services or to Roblox's reputation. Roblox is under no obligation of any kind to Creator for suspending any UGC in accordance with this Section 1(b)(iv).

5. Infringement & DMCA. Roblox fosters creativity and respects the intellectual property rights of all owners of intellectual property, including Creators. Any copyright owner or an agent of a copyright or trademark owner (including other Creators who are owners or agents of a copyright or trademark owner) who believes that any content on the Services infringes upon its copyrights or trademarks may submit a notification pursuant to the Digital Millennium Copyright Act as further outlined in Section 5 of the User Terms. As referred to above, Roblox has a policy of terminating in appropriate circumstances Users who Roblox determines, in its sole discretion, are repeat infringers as contemplated by the Digital Millennium Copyright Act.

6. Limitations on Use of UGC. Notwithstanding Creator's ownership of UGC as set forth in Section 1(b)(i) above and without limiting any other limitations set forth herein, Creator shall in no event use Creator's UGC (in any medium or format, including on the Platform or offline): (i) in a manner that is offensive, defamatory, sexually explicit, or otherwise objectionable (in each case, as determined by Roblox), (ii) in connection with false, defamatory, libelous or slanderous statements concerning Roblox or otherwise in a manner intended or reasonably likely to disparage Roblox or bring

Roblox into public disrepute, or (iii) in a manner which is intended or reasonably likely to suggest or imply that Creator is affiliated with Roblox or that Roblox endorses Creator or its use of the applicable UGC.

2. Roblox Creator Economics

1. License to Robux. Creator's license to use Robux in connection with the Services is set forth in Section 3 of the User Terms.

2. What can Creators Sell or Trade on the Platform?Creators can sell or trade Experiences and Virtual Items, which includes In-Experience Items and Metaverse Items.

3. Selling on the Platform: Roblox may allow Creators to sell Virtual Items and any other UGC on the Platform.

1. Roles Involved in Roblox Sales: There are three roles involved in the selling of Virtual Items and the operation of Experiences to generate Robux on the Platform and each of those three roles may be entitled to a share of the Robux generated from an applicable sale. These three roles are:

- The Platform: The Platform is the space that Roblox has created to, among other things, allow Creators to sell Virtual Items to other Users on the Platform. As a condition of making this Platform available to Creators, Roblox is entitled to a share of the Robux generated from a sale on the Platform.

- The Creator: The Creator is the User that created the Virtual Item being sold in an Experience or elsewhere on the Roblox Platform, or (ii) the Experience through which Robux are being generated.

- The Distributor: The Distributor is either the Creator that owns the Experience in which Virtual Items are sold or Roblox where Roblox sells Virtual Items (for example in the Roblox Avatar Shop, formerly known as the Roblox "Catalog").

2. The Robux Allocation. The current breakdown of how Robux generated from the sale of Virtual Items is outlined below (the "Robux Allocation"):

- The Platform's Share: Roblox is entitled to 30% of the Robux generated from the sale of Virtual Items on the Platform. The Platform is always Roblox.

- The Creator's Share: The Creator of an Experience or Virtual Item is entitled to 30% of the Robux generated from the sale of any Virtual Items on the Platform.

- The Distributor's Share: The Distributor of a given Virtual Item is entitled to 40% of the Robux generated from the sale of such Virtual Item. For items sold on the Roblox Avatar Shop, Roblox would be considered both the Platformand the Distributor. For In-Experience Items, the Creator would also be considered the Distributor.

3. Examples to Better Under the Roblox Allocation The following examples should help Creators to better understand the roles involved in the Roblox economy and how the Robux Allocation works in practice.

- Creator Sells a Virtual Item In the Roblox Avatar Shop: A Creator creates a Virtual Item in the form of a shirt to be worn by a Roblox avatar, and makes that Virtual Item available for sale in the Roblox Avatar Shop. Upon the sale of the Virtual Item, the Robux generated from the sale would be divided as follows:

  - The Creator receives 30% of the Robux generated from the sale.

  - The Platform (always Roblox) receives 30% of the Robux generated from the sale).

  - The Distributor (in this case Roblox, the Distributor of the Roblox Avatar Shop) receives 40% of the Robux generated from the sale.

- Creator Sells In-Experience Item in Experience created by that Creator: A Creator creates an Experience and creates an In-Experience Item in the form of a game-pass that can be used in that Experience which is sold within the Experience. Upon the sale of that Virtual Item, the Robux generated from the sale would be divided as follows:

- The Creator receives 30% of the Robux generated from the sale.
- The Platform (always Roblox) receives 30% of the Robux generated from the sale.
- The Distributor (in this case the Creator, who created the Experience) receives 40% of the Robux generated from the sale (70% in total).

4. Changes to the Roblox Allocation. Roblox can, at any time, upon notice (via any reasonable means, including via email or through posting a notice on the Roblox website) (1) change the Robux Allocation, and (2) introduce features allowing certain elements of the Robux Allocation to be customized by those involved in a given sale.

5. Creator Responsibility for Sales on the Platform. Creator acknowledges that Roblox may, through the Services, on Creator's behalf, display and host Experiences and Virtual Items created by Creator to be enjoyed by other Users through the Services. When Creators receive a payment from a Buyer through the Services, the deal is between the Creator and the Buyer – Roblox only facilitates by providing the Services. If Roblox needs to return Robux to a User (or another Creator) for items for which a Creator received a payment, Roblox reserves the right to reduce accordingly any future payment to such Creator.

4. Developer Exchange Program. Roblox allows certain Creators to participate in the Developer Exchange Program ("DevEx Program"). Creators that Roblox allows to participate in the DevEx Program may redeem Robux that they have earned through the sale of Virtual Items or through the operation of Experiences for U.S. currency based on an exchange rate and other requirements, policies and limitations that Roblox establishes in its sole discretion (the exchange rate and the general requirements, policies and limitations of DevEx are published here). Please note that the DevEx Terms describe the requirements that Creators will have to meet to participate in the DevEx Program. Developing Experiences that others will enjoy and spend time (and Robux) in is difficult and can take a lot of time. Roblox can't promise that Creator's Experience will be successful in developing a large audience or that the time, effort and expense that Creator spends

developing, advertising or operating an Experience will be financially successful.

5. Engagement Based Payouts. Premium Robux Payouts are a way for certain Creators to potentially earn additional Robux based on how engaging an Experience is. Premium Robux Payouts may be modified or terminated by Roblox at any time in its sole discretion and with no obligation to any Creators as a result of such termination or modification.

6. Sale of Random Virtual Items.

    1. If Creator provides Experiences that allow Users to pay (with Robux or otherwise) for random Virtual Items, Creator must let Users know the odds of receiving each type of random Virtual Item (that a User might receive) before they pay. Creator needs to share those odds whether the User pays directly or indirectly.

    2. An example of a User paying indirectly would be as follows: Creator's Experience allows a User to receive a virtual coin in exchange for Robux. The User then goes to a different place in the Creator's Experience and throws the coin into a fountain and gets a random Virtual Item. In this example, Creator must share the odds of receiving each type of random Virtual Item before the User throws the coin into the fountain.

3. Music on Roblox

    1. Roblox. Roblox may choose to make sound recordings and the musical works contained therein ("Licensed Music") available for Creator to use in Creator's UGC. Creator's use of the Roblox Licensed Music is subject to the following terms:

        1. License. Roblox grants Creator a non-exclusive, personal, limited, revocable, non-transferable license only to: (a) synchronize Licensed Music into UGC ("UGC with Licensed Music"), only using the Services and during the period when Roblox makes that Licensed Music available; Roblox also grants to Creator the right to play, listen and interact with UGC with Licensed Music only on the Services. Creator is not required to provide, attribution for Licensed Music used by Creator in any UGC, but Creator can do so in Creator's discretion. For example, if Roblox identifies the owner of Licensed Music as

APM Music, Creator can message that the Licensed Music is provided "Courtesy of APM Music."

2. 250 Track Limit. Creator may not use Licensed Music to create a streaming service or music library within UGC, with Licensed Music nor may Creator charge Users to listen to a specific track of the Licensed Music. Creator has the right to place, play and have played up to 250 distinct tracks of Licensed Music at any one time in a single UGC with Licensed Music. Creator can replace existing tracks of Licensed Music in UGC with new tracks at any time provided that there are no more than 250 tracks in such UGC at any one time.

3. Modifications/Derivative Works. Creator may modify the Licensed Music to synchronize into the UGC. Such modifications may include, but not be limited to, editing of the Licensed Music or using a portion of a track of Licensed Music or sampling of portions of the Licensed Music. All modifications to the Licensed Music are considered derivative works, and shall be included in the definition of Licensed Music. All rights to such derivative works are retained by Roblox and its licensors.

4. Creator Can Only Use Licensed Music on the Services. Creator will not export or download, or provide a way for anyone else to export or download the Licensed Music for use anywhere outside of the Services.

5. Losing the Right to Use Licensed Music. As Licensed Music is licensed by Roblox from third parties, Creator's rights to use Licensed Music is revocable at any time and for any or no reason in Roblox's sole discretion and without any liability to Creator. If Roblox revokes Creator's right to use Licensed Music (for any reason), Creator will have to remove such Licensed Music from Creator's UGC and cease all use of such Licensed Music. Roblox will try to provide Creator with advance notice before revoking any usage rights to Licensed Music, but Roblox reserves the right to do so with no advance notice. Roblox reserves the right to remove any UGC with Licensed Music from the Services at any time in its sole discretion and without any liability to Creator. Additionally, Roblox can take back Creator's rights to all or part of the Licensed Music (with or without notice) without any liability to Creator if Roblox determines that Creator's use of such Licensed Music may violate any

guidelines or policies of Roblox or if Roblox otherwise determines that such Licensed Music may harm the Services or Roblox's reputation or if the Licensed Music is no longer available for distribution on the Service.

2. Special Rules for Music Written by a Creator. If Creator is a sole composer and/or writer of a musical work and is affiliated with a performing rights organization ("**PRO**"), then Creator must notify Creator's PRO in writing of the royalty-free license that Creator grants to Roblox through these Creator Terms. Creator is responsible for complying with Creator's PRO's reporting obligations. If Creator is not the sole composer and/or writer of a musical work, Creator is responsible for ensuring that all co-composers and/or co-writers also notify their PRO in writing and Creator must have written proof of co-composers and/or co-writers approval to upload and use the musical work on the Services. If Creator owns the rights in and to a sound recording, but is not authorized to license the underlying musical works embodied in those sound recordings, then Creator must not upload or otherwise make those sound recordings available on the Services. If Creator has assigned Creator's rights to a music publisher, then Creator must get that music publisher's written consent or cooperation to grant the royalty-free licenses outlined in these Creator Terms. If Creator is a recording artist under contract with a record label, then Creator is responsible for making sure that Creator's use of the Services complies with the obligations that Creator has to Creator's record label. Remember, just because Creator wrote a musical work does not mean Creator has the right to let Roblox use it. Creator warrants that Creator possesses all necessary rights needed to upload and synchronize a musical work on the Platform. Creator also warrants that Creator fully owns and administers the musical work uploaded on the Platform throughout the world, that such musical work is completely original and that the upload and use of such musical work on the Platform will not infringe upon the rights of any third party, including but not limited to trademark, copyright or any other intellectual property right of any third party (including, without limitation, a PRO, a music label or music publisher or a union or guild). Creator is solely responsible for any necessary clearances and payments of any nature that may arise in connection with the use and synchronization of their original musical work or (works) on the Services, including without limitation any and all mechanical rights, public performance rights, and/or any other collection rights that may be claimed by PROs. Creator is also solely responsible for any union new use or re-use fees

pursuant to the rules and regulations of any applicable union and/or guild agreements in connection with the upload and synchronization of the musical work on the Platform.

4. Restrictions on Use of Services

In addition to any other restrictions set forth in the User Terms (including in Section 6 of the User Term) or other Roblox Terms, Creator will not take any action in violation of these Creator Terms, including as set forth in this Section 4

1. No Copying. Roblox wants all Creators to develop their own ideas. Unless Creator has express written permission or a written license from whoever created the content or the UGC to publish the UGC or the content on the Services in accordance with these Creator Terms, Creator must not copy something Creator sees on the Platform or make some minor changes to others' UGC and pass it off as Creator's own. Roblox reserves the right to take any action against Creator for any improper copying such as deleting Creator's Account.

5. Disputes Between Creators & Users

1. Issues with UGC.Creators are responsible for all issues relating to their Experiences and Virtual Items, including handling complaints from Buyers in a quick and professional manner.

2. Returning Robux to a Buyer. If Roblox needs to return Robux to a Buyer for an Experience or Virtual Item that Creator received a payment for, Roblox has the right to reduce future payments to Creator accordingly.

3. Disputes Between Creators and Other Users. If Creator has a dispute with another Creator (or a User) over a payment that they may owe Creator or some other issue, Roblox asks (and indeed requires) that Creator first engages in a mediation with a recognized mediator or mediation service before Creator goes so far as to sue another Creator (or a User) and try and amicably resolve the issue. This does not apply if Creator has a dispute related to someone copying Creator's UGC, which is covered under the DMCA in Section 1(b)(v) above. Please note that Roblox reserves the right to resolve any dispute which may result in termination of Creator's Account and any other action permitted by law, including but not limited to the recovery of civil or criminal penalties.

4. Escalation to Roblox. Notwithstanding the terms set forth in this Section 5, Users do have the ability to escalate issues with Creators to Roblox as further described in Section 7 of the User Terms. If Roblox chooses to take action in any dispute between a User and Creator, User and Creator agree that Roblox's decision (which may include deducting Robux from the Creator and crediting Robux to the User) is final and Creator and User will accept that decision. Creator agrees to work with Roblox in a timely manner to resolve all such issues, and failure to do so is a violation of these Creator Terms.

6. Disputes Between Creators & Roblox

Disputes between Creators and Roblox are handled according to Section 16 of the User Terms.

7. Creator Representations & Warranties

Creator is responsible for Creator's UGC and represents and warrants that: (a) Creator is the creator and owner of, or has the necessary rights and permissions, to use and to authorize Roblox to use the license that Creator grants to Roblox in these Creator Terms; (b) Creator's UGC and the use of Creator's UGC as described in these Creator Terms does not and will not: (i) infringe, violate, or misappropriate any third-party right; (ii) slander, defame, libel, or invade the right of privacy, publicity or other property rights of any other person; (iii) require Roblox to get licenses from, or pay compensation or provide attribution to, any third parties; (iv) result in a breach of contract between Creator and a third party; or (v) cause Roblox to violate any law or regulation; and (c) Creator will comply with all applicable laws, rules and regulations and the Roblox Terms in Creator's use of the Services.

8. Creator Indemnities

Creator agrees that Creator will be responsible for Creator's use of the Services, and Creator agrees to defend and indemnify Roblox and Roblox's officers, directors, employees, consultants, affiliates, investors, business partners, subsidiaries and agents (together, the "Affiliated Parties") from and against every claim, liability, damage, loss, and expense, including reasonable attorneys' fees and costs, arising out of or in any way connected with: (a) Creator's access to, use of, or alleged use of the Services; (b) Creator's violation of any part of these Creator Terms, any representation, warranty, or agreement referenced in these Creator Terms, or any applicable law or regulation; (c) Creator's violation of any third-party right, including any intellectual property right, publicity or privacy right, property right, or confidentiality obligation; or (d) any Dispute or issue between Creator and any third party. Roblox reserves the right, at Roblox's own cost, to

take on the exclusive defense and control of any matter subject to indemnification by Creator (without limiting Creator's indemnification obligations with respect to that matter), and in that case, Creator agrees to cooperate with Roblox's defense of that claim.

9. Limitations of Liability

1. No Consequential Damages. IN NO EVENT WILL THE AFFILIATED PARTIES BE LIABLE TO CREATOR FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES (INCLUDING DAMAGES FOR LOSS OF PROFITS, GOODWILL, OR ANY OTHER INTANGIBLE LOSS), WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), STATUTE, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT ROBLOX HAS BEEN INFORMED OF THE POSSIBILITY OF DAMAGE.

2. Cap. THE AGGREGATE LIABILITY OF THE AFFILIATED PARTIES TO CREATOR FOR ALL CLAIMS (INCLUDING WARRANTY CLAIMS) OR CAUSES OF ACTION IS LIMITED TO (I) THE TOTAL AMOUNT PAID OR PAYABLE BY ROBLOX TO CREATOR UNDER THIS AGREEMENT FOR THE TWELVE-MONTH PERIOD PRECEDING THE TIME WITHIN WHICH CREATOR NOTIFIES ROBLOX OF A CLAIM, OR (II) TO THE EXTENT THAT ROBLOX HAS NOT PAID CREATOR ANYTHING IN THE TWELVE-MONTH PERIOD PRECEDING THE TIME WITHIN WHICH CREATOR NOTIFIES ROBLOX OF A CLAIM, $1000 (EXCEPT, IN EACH CASE OF THE FOREGOING (I) AND (II), AS NOTED IN THE ARBITRATION SECTION BELOW).

10. Privacy

1. With respect to an Experience created by a Creator, Creator and Roblox both have the right to use data related to or obtained in connection with that Experience for their respective legitimate internal business purposes to support the Experience and for business analytics, such as: (i) for the improvement and development of the Experience; (ii) to comply with applicable laws (including law enforcement requests); (iii) to ensure the security of the Experience; and, (iv) to prevent fraud or mitigate risk. Creator agrees that, except as expressly set forth in these Creator Terms, Creator will not use or disclose any User data.

2. With respect to the personal information of Users (“User PII”) (if and to the extent received by Creator), Creator will not (i) use User PII to provide services to any third party; (ii) use User PII to build, help build, track or supplement any segments, profiles, or similar records on any individual User, device, or browser across the Roblox platform or across any third party websites or platforms; (iii) use User PII to associate the behavior of any individual device, or browser with any segment, profile, or similar record, or supplement any such record based on data of Users; (iv) use User PII to associate any data of Users with any other personal information of the User; (v) sell, disclose, share, rent, lease, syndicate, modify, reverse engineer, decompile, lend, or otherwise alter any User PII; (vi) use User PII for any unauthorized purpose in violation of any applicable law, including applicable privacy laws, or for any unauthorized purpose.

3. Roblox and Creator, respectively, (i) shall not knowingly sell any User PII (as the term “personal information” is defined by the California Consumer Privacy Act of 2018, and any rules or regulations made under it as amended from time to time, and (ii) have taken and will continue to take all reasonable measures to protect all User PII under their control or in their possession from unauthorized access by third parties.

11. Roblox Disclaimers

The Services are provided “AS IS” and Section 13 of the User Terms is incorporated herein by reference.

12. Survival

Any part of these Creator Terms which by their nature should survive the termination of these Creator Terms, will survive such termination, including Sections 1(b), 4, 5, 6, 8, 9, 10, 11, and 12.

Appendix A (China)

1. PURCHASE OF CHINA DEV SERVICES

1. China UGC. From time to time, content created by creators (“**China Creators**”) that use Luobu Studio in the People’s Republic of China (excluding, for the purposes of these Roblox Terms, the Hong Kong and Macau Special Administrative Regions and Taiwan, “**PRC**”) may be available for purchase by User on the Services (“**China UGC**”). Such China UGC will be specifically identified on the Platform. China UGC is

published on the Platform and Services by Roblox rather than the China Creators themselves. As a result, when User purchases or acquires China UGC (including Virtual Items and In-Experience Items), a few aspects are different from when User purchases other UGC. For example, Section 4(a)(1) of the User Terms applies to China UGC (inclusive of Virtual Items), save that references to “Creator” shall mean Roblox. Additionally, although Roblox shall be deemed to be the “Creator” in respect of all China UGC (and Roblox provides the Virtual Items), Roblox has made special contractual arrangements such that if User has any problems or concerns regarding the purchase of any China UGC User should first contact the applicable China Creator to attempt in good faith to resolve the issue. If User is not able to resolve any such complaints or issues with the China Creator, then User may escalate to Roblox’s Customer Service department completing the Customer Support Form (https://www.roblox.com/support). User agrees that if Roblox takes action to resolve any complaints or issues that Roblox’s decision is final and User agrees to abide by that decision.

2. CREATOR UGC ON THE LUOBULESI GAME

1. Option to distribute Creator’s China UGC on the Luobulesi Game. In addition to making China Creators' UGC available to other Users as Virtual Items on the Platform, Creator may be given the opportunity to make Creator’s Experiences and Virtual Items available to players (“**China Players**”) of the version of the Platform and Services published and operated in the PRC (“**Luobulesi Game**”) by the “**China Publisher**”). Publishing Creator’s Experiences and Virtual Items on the Luobulesi Game will be completely at Creator’s option, and Creator has no obligation to do so. Experiences and Virtual Items that Creator chooses to make available to China Players (“**Creator’s China UGC**”) will be subject to review in accordance with this Section 2.1. To the extent made available in the Luobulesi Game, Creator’s China UGC will be deemed published by the China Publisher. If a China Player purchases Creator’s China UGC, Creator may be eligible to earn Robux from Roblox in accordance with Section 2.10, below. However, the purchase of Creator’s China UGC by a China Player will not establish any form of contractual relationship between Creator and that China Player. Rather, Creator’s China UGC will be sub-licensed to the China Player by the China Publisher. Sections 1(b) and 2 of the Creator Terms shall not apply to Creator’s China UGC to the extent that they are inconsistent with Sections 2.4 and 2.10.

2. Requirements for distributing Creator’s China UGC on the Luobulesi Game. In order to make Creator’s China UGC available to China Players on the Luobulesi Game, Creator must have registered a real-name verified account with the China Publisher (as required by PRC laws and regulations) and have accepted the Terms of UGC Submission to Luobulesi Game (“**China Game UGC Submission Terms**”).

3. Submission of Creator’s China UGC. Creator may use the Services to submit Creator’s China UGC to the China Publisher for possible inclusion in the Luobulesi Game in accordance with the China Game UGC Submission Terms. All submissions of Creator’s China UGC for such inclusion are subject to Roblox’s, its licensees or the China Publisher’s (together, “**Reviewing Entities**”) review process, the China UGC Requirements, and policies set out on the forums operated by us for Creators (Roblox Developer Forums).

4. License of Creator’s China UGC.Creator retains all copyrights that Creator may hold in Creator’s China UGC. Creator hereby grants and agrees to grant to Roblox a perpetual, irrevocable, worldwide, non-exclusive, royalty-free transferable license, with a power to sub-license through multiple levels to any person or entity (including, but not limited to, to the China Publisher), in respect of Creator’s China UGC, in whole or in part to:

  1. distribute, host, store, transfer, publicly display, publicly perform (including by means of digital audio transmissions and on a through-to-the-audience basis), reproduce (including in timed synchronization to visual images), modify, enhance, distribute, and use Creator’s China UGC that Creator uploads or makes available on the Services in whole or in part (and any trademarks owned or controlled by Creator that are associated with and uploaded to the Platform or the Luobulesi Game by Creator for use with Creator’s China UGC); and

  2. use Creator’s China UGC and associated username to publicize or market the Services or Luobulesi Game, any UGC, and tangible items related to the Services or Luobulesi Game in any media or channel of distribution now known or hereafter developed in connection with the publicity and marketing of the Services or Roblox or the Luobulesi Game, even if Creator has exercised a right to be forgotten under the GDPR or equivalent right under other privacy laws. Roblox’s right to market and

advertise the Services or Roblox using Creator's China UGC will not include using Creator's China UGC in marketing and advertising that is focused solely on promoting Creator's China UGC (as reasonably determined by Roblox) as part of the Services without Creator's approval, but Roblox can generally reference, as determined by Roblox, Creator's China UGC with other UGC or material (and without Creator's approval) to promote, market or advertise the Services, the Luobulesi Game or Roblox. Roblox may also use Creator's China UGC for non-commercial and educational uses to promote the Services or the Luobulesi Game (and Roblox will reasonably determine wither a use is non-commercial or educational).

5. Through-to-the Audience Rights. All of the rights Creator grants in these Roblox Terms are provided on a through-to-the-audience basis, meaning that Roblox, its licensees, the China Publisher, and owners or operators of third party services will not have any separate liability to Creator or any other third party for UGC that Creator makes available on such third party services via the Service or the Luobulesi Game.

6. UGC Requirements. In addition to Creator's compliance with these Roblox Terms, including, without limitation, Sections 3 and 7 of the Creator Terms, each item of Creator's China UGC that Creator submits must comply with PRC laws and regulations and the China UGC Submission Checklist document (the "**China UGC Requirements**").

7. Review of Creator's China UGC. Any Reviewing Entity may review, filter and modify UGC as it sees fit before the China Publisher determines whether to distribute Creator's China UGC to any China Player for publication on the Luobulesi Game in its sole discretion. The Reviewing Entity's review and the China Publisher's determination with regard to publication shall be final.

8. No obligation to distribute Creator's China UGC. For the avoidance of doubt, neither Roblox nor its licensees have any obligation to permit distribution by China Publisher of any of Creator's China UGC on the Luobulesi Game, and the China Publisher has no obligation to publish any of Creator's China UGC on the Luobulesi Game.

9. Re-filtering of Creator's China UGC. In the event of any change in applicable laws, regulations, China UGC Requirements, rules, policies, or for any other reason, the Reviewing Entities shall have the absolute discretion to (a) modify or filter published Creator's China UGC on the

Luobulesi Game; and/or (b) suspend or terminate the distribution and publication of any of Creator's China UGC on the Luobulesi Game, in whole or in part, at any time. Any Reviewing Entity may contact Creator in connection with any action taken in accordance with this Section, and Creator may be given an opportunity to remedy or amend Creator's China UGC and to resubmit it for publication.

10. Earning Robux for Creator's China UGC. Creator may earn Robux from Roblox in connection with the purchase of Creator's China UGC by China Players on the Luobulesi Game. These Robux shall be calculated in accordance with the Developer Exchange Terms of Use.

11. Group China UGC. The Owner of a Group also has authority to elect whether or not to accept the opportunity to make UGC created by the Group available on the Luobulesi Game for purchase by China Players in accordance with these Roblox Terms, and Section 1(a)(vii) of the Creator Terms shall continue to apply. For avoidance of doubt, Robux earned by Group UGC shall be generated in accordance with the DevEx Policy.

Appendix B Japan

1. Assignment and Assumption

Effective as of March 31, 2021 (the "Effective Date"), all of the rights, duties, interests, claims, and obligations of Roblox Corporation as an issuer of Robux (whether arising prior to or after the Effective Date) in connection with users in Japan are agreed to be transferred and assigned to, and assumed by, Roblox Godo Kaisha ("Roblox Japan"). By using the Services, User consents and approves the said transfer and assignment. On or after the Effective Date, Roblox Japan should be deemed as the issuer of Robux to Users in Japan.

2. Characteristics of Robux

In Japan, Robux can only be used for purchasing the Services which Roblox provides on the Platform. In relation to any of the Virtual Items, Experiences, and other things created by Creators (each, a "Creator Item"), User may use Robux to purchase Roblox services to make a Creator Item available on the Platform, provided that the Creator will be solely responsible for the Creator Item. The Roblox Terms, including, but not limited to, Section 2(c) of the Creator Terms, shall be interpreted to reflect the aforesaid principle.

3. "Earned" Robux and DevEx Program

If User is allowed to participate in the DevEx Program as a Creator and "earn" Robux under the DevEx Program, then User may redeem "earned" Robux as provided in Section 2(d) of the Creator Terms. It should be noted that "earned" Robux are different from Robux as issued by Roblox Japan in terms of the fact that Section 2(d) of the Creator Terms only apply to "earned" Robux.

4. Receiving Payments through the Services

Notwithstanding anything to the contrary as provided in the Roblox Terms, including, but not limited to, Sections 2(c) and 2(d) of the Creator Terms, payments by the User for a Creator Item shall be made to Roblox in consideration of Roblox's services to make the Creator Item available to the User on the Platform, provided that the Creator assumes any and all responsibilities for the Creator Item, as though Roblox is acting solely as a facilitator by providing the Creator and the User with the Services. Roblox will make payments to the Creator, in accordance with Section 2 of the Creator Terms and any "share of Robux" allocated to Roblox shall be interpreted to constitute Roblox's commission from those payments for providing the Services, certain aspects of customer service, moderation, and other services.

5. Priority

If there is any inconsistency or conflict between the Roblox Terms and the supplemental provisions, the supplemental provisions shall prevail.

Appendix C (EUROPEAN UNION/EUROPEAN ECONOMIC AREA AND THE UNITED KINGDOM)

1. Priority

If there is any inconsistency or conflict between the Roblox Terms and the supplemental provisions, the supplemental provisions shall prevail.

2. Legal Agreement

Notwithstanding anything to the contrary in the Roblox Terms, including, but not limited to, Section 1(a) of the User Terms, User's agreement to the Roblox Terms is signified by registering on the Platform.

3. Purchase of Robux and virtual items

User may have the ability to purchase Virtual Items in the Services using Robux. User can purchase Robux against the displayed price within the Services. When User selects one of the available amounts of Robux, User will be asked to complete the purchase within User's Account and to select one of the available

payment methods. Currently, Roblox offers payment via debit / credit card, PayPal, gift cards (for Roblox's browser app), Google Play, iTunes, Amazon (for Roblox's mobile apps), as well as in-app purchases for Roblox's Xbox One app. In Roblox reasonable discretion, Roblox may amend the available payment methods from time to time. The purchase contract will be concluded at the moment where User clicks on the "Pay Now" button (or other similarly designated purchase button) and the transaction is successfully completed.

4. Absolute right in Robux

As a deviation from Section 3(e) of the User Terms, and except in connection with User's violation of a Roblox guideline or policy or User's breach of any of the Roblox Terms, Roblox may exercise Roblox's absolute right in Robux in Roblox's reasonable discretion only with effect for the future (i.e. no effect on Robux User already validly holds) and without effect to any notice, refund, compensation or liability Roblox may have to User under this Appendix C or binding applicable law. The remaining provisions of Section 3(e) of the User Terms shall remain unaffected.

5. DevEx

   1. Participating in DevEx. As a deviation from Section 2(d) of the Creator Terms, User may redeem Robux for U.S. currency based upon an exchange ratio determined by Roblox and as potentially amended from time to time based upon requirements, procedures, and limitations established by Roblox in Roblox's reasonable discretion with effect for the future (e.g. to compensate for inflationary fluctuations). The current exchange ratio is accessible here.

6. Refundability of payments

Nothing in these Terms shall limit any statutory rights to refunds Users may have under applicable law.

7. Limitation of liability

Sections 1(c), 13(b)-(c) and 14 of the User Terms and Section 9 of the Creator Terms do not apply. Instead, Roblox shall be liable for damages exclusively according to this clause.

   1. Roblox's liability is unlimited for damages arising out of death, injury to body or health based on a breach conducted by a legal representative or designated agent of Roblox, as well as for damages

that arouse from the lack of a guaranteed characteristic or in case of fraudulent intent.

2. Roblox's liability is unlimited for damages caused by Roblox, a legal representative of Roblox, or designated agent of Roblox by intent or gross negligence.

3. In case of a slight negligent breach of a contractual core duty Roblox shall, except in the cases set out in this Section 8A, B and D of this Appendix C, only be liable to the amount of the typically foreseeable damage. Contractual core duties abstractly are such duties whose accomplishment enables proper fulfilment of the contract in the first place and whose fulfilment a contractual party regularly may rely on.

4. Liability pursuant to mandatory applicable law remains unaffected.

5. The limitation period for claims for damages shall be one (1) year, except in case of Section 8A, B and D of this Appendix C where the statutory statute of limitations shall apply.

8. Governing Law

As a deviation from Section 16(e) of the User Terms, to the extent that the mandatory law of User's place of residence is more favorable than California law, the law of User's place of residence shall apply.

9. Resolution / Arbitration of Disputes

1. If User is a consumer (i.e. an individual who, in contracting with Roblox, is acting for purposes which are outside User's trade, business, craft or profession), Section 16(c) and 16(d) of the User Terms shall not apply and Section 7(b) of the User Terms shall not exclude User's recourse to the courts.

2. Roblox is neither required nor willing to participate in any alternative dispute resolutions schemes with a consumer arbitration panel. Rather, Roblox strives to resolve any conflicts as set out in Section 7(b) of the User Terms. However, please note that the European Commission has set up an Online Dispute Resolution platform http://ec.europa.eu/consumers/odr/ that provides information about alternative dispute resolution in the European Union that may be of interest.

10. Notice to California Residents

Section 17 of the User Terms does not apply.

11. Survival

As a deviation from Section 19(b) of the User Terms, Section 7 of this Appendix C should survive termination.

12. General

As a deviation from Section 19(a) of the User Terms, its provisions on the period for any cause of action shall not apply.

13. Consent to Electronic Communications

Section 19(e) of the User Terms does not apply. If Roblox has received User's email address in the context of the sale of a product or a service, Roblox may use it for direct marketing of Roblox's own similar products or services provided that Roblox has clearly and distinctly given User the opportunity to object, free of charge and in an easy manner, to such use of User's email address upon their collection and on the occasion of each message in case User has not initially refused such use.

14. Revocation Policy

If User is a consumer (i.e. an individual who, in contracting with Roblox, is acting for purposes which are outside User's trade, business, craft or profession) and if User uses payable services of Roblox (e.g. if User purchases Robux or a membership), including under but not limited to Section 3(d) of the User Terms, User may revoke the contract for the payable Services under the following conditions

1. Information concerning the exercise of the right of withdrawal

    1. Right of withdrawal. Subject to Section 14D, below, User has the right to withdraw from this contract within 14 days without giving any reason. The withdrawal period will expire after 14 days from the day of the conclusion of this contract. To exercise the right of withdrawal, User must inform Roblox (Roblox, [please include address, email and phone]) of User's decision to withdraw from this contract by an unequivocal statement (e.g. a letter sent by post, fax or e-mail). User may use the attached model withdrawal form, but it is not obligatory. To meet the withdrawal deadline, it is sufficient for User to send User's

communication concerning User's exercise of the right of withdrawal before the withdrawal period has expired.

2. Effects of withdrawal. If User withdraws from this contract, Roblox shall reimburse to User all payments received from User, including the costs of delivery (with the exception of the supplementary costs resulting from User's choice of a type of delivery other than the least expensive type of standard delivery offered by Roblox), without undue delay and in any event not later than 14 days from the day on which Roblox is informed about User's decision to withdraw from this contract. Roblox will carry out such reimbursement using the same means of payment as User used for the initial transaction, unless User has expressly agreed otherwise; in any event, User will not incur any fees as a result of such reimbursement.

2. Model withdrawal form

To Roblox, [please include address, email and phone] I / We hereby give notice that I/We withdraw from my/our contract for the provision of the following service, Ordered on / received on Name of consumer(s), Address of consumer(s), Signature of consumer(s) (only if this form is notified on paper), Date

3. Exceptions from the right of withdrawal. The right to withdrawal may not exist in respect of distance or off-premise contracts for

1. the supply of goods made to User's specifications or clearly personalized;

2. the supply of digital content which is not supplied on a tangible medium if the performance has begun with User's prior express consent and User's acknowledgment that User thereby loses User's right of withdrawal.

4. Expiry of the right of withdrawal. Please note that by purchasing Robux or digital content from Roblox or from one of Roblox's developers User agrees to the immediate performance of the contract and thereby loses User's right of withdrawal.

Last Updated: January 11, 2022