**CERTIFICATE OF SERVICE**

I, Jay E. Kagan, Esquire, hereby certify that on the 18th day of March, 2026, I caused the foregoing Defendant Roblox Corporation's Motion to Compel Plaintiff to Arbitration and Stay Proceedings to be electronically filed with the court, made available for viewing and download, and electronically served by the CM/ECF System upon all consenting counsel of record.

Dated: March 18, 2026

*/s/ Jay E. Kagan*
Jay E. Kagan