**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VINCENT TANNER II and AJT,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB,**<br>**Defendants.** | **CIVIL ACTION**<br><br>**NO. 25-6609** |

# O R D E R

**AND NOW**, this 17th day of November, 2026, upon consideration of the Motions to Compel Arbitration brought by Defendants Microsoft Corporation ("Microsoft") and Mojang AB ("Mojang") (ECF No. 44 (the "Microsoft Motion")), Roblox Corporation ("Roblox") (ECF No. 46 (the "Roblox Motion")), and Epic Games, Inc. ("Epic") (ECF No. 49 (the "Epic Motion")), Plaintiff's oppositions thereto (ECF Nos. 47, 57, 60), and Defendants' replies in support (ECF Nos. 48, 61, 63); notices of supplemental authority submitted by Microsoft (ECF Nos. 53, 59, 62, 67, 68); Microsoft's Supplemental Memorandum and Declarations in Support of the Microsoft Motion (ECF Nos. 71, 76, 77, 78), Plaintiff's opposition thereto (ECF No. 80), and Microsoft's reply in support (ECF Nos. 83, 85, 86); and Roblox's Supplement to the Record in Support of the Roblox Motion (ECF Nos. 74, 79), it is **HEREBY ORDERED** that:

1. The Microsoft Motion (ECF No. 44) is **GRANTED**, and all claims asserted by Plaintiff against Microsoft are **ORDERED** to arbitration.

2. The Roblox Motion (ECF No. 46) is **GRANTED**, and all claims asserted by Plaintiff against Roblox are **ORDERED** to arbitration.

3. The Epic Motion (ECF No. 49) is **GRANTED**, and all claims asserted by

Plaintiff against Epic are **ORDERED** to arbitration.

**IT IS FURTHER ORDERED** that this matter is **STAYED** as to all Defendants pending the outcome of arbitration.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**